PROVIDED TO LAKE CI
ON 2/3/14 FOR MAILING.
INSPECTED BY: _K. Perdue_ SD

PROVIDED TO LAKE CI
ON 2/18/14 FOR MAILING.
INSPECTED BY: _K. Perdue_ SD

COPY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_Orlando_ Division

CIVIL RIGHTS COMPLAINT FORM

Steven Joseph D.BarToto

DC# C00868

CASE NUMBER: 6:14-cv-194-Orl-36GJK
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

Michael Cruze • Ebony O Harvey • Lynne King • Milton Hicks • Dr. Jesus Pichardo • Dr. C. Vazquez • Dr. R. Solorzano • Mr. W. Tucker A.R.N.P. • Dr. R. Lafontant • Dr. Frank Farmer • Dr. Oluqbenga Oqunsanwo • Dr. J. Morales • Dr. L. Colombuni • Ms. Falsome • Mr. Hummel • Tommy Young Gary Awsente • Debbie Elder • Dr. V. Mesa • Dr. Luca Van TA • Dr. S. V. lchez • Physician P. Watson • Gowrang Shah • Dr. Santos • Dr. Aguilar • J. Williams • Nurse Coban Ms. Davin • Nurse Gideon • Nurse J. Bryan • Ms. S.

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.   PLACE OF PRESENT CONFINEMENT: _Lake Correction Institution_
     _19225 US Hwy 27 • Clermont, Florida, 34715_
     (Indicate the name and location)

II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is
     required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
     or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
     administrative grievance process was not completed prior to filing this lawsuit may be subject
     to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)                                      1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _N/A_____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the county):

      _N/A_____

   3. Docket Number: _N/A_____

   4. Name of judge: _N/A_____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _N/A_____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _N/A_____

   7. Approximate filing date: _N/A_____

   8. Approximate disposition date: _N/A_____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV.   <u>PARTIES</u>:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

   A.   Name of Plaintiff: _Steven  J  DiBartolo_____

      Mailing address: _Lake Correction Institution_____

      _19225 US Highway 27   Clermont, Florida, 34715_____

   B.   Additional Plaintiffs: _____

      _____

      _____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

   C.   Defendant: _Michael Cruze_____

      Mailing Address: _____

      _501 South Calhoun Street,   Tallahassee, Florida, 32399-2500_____

      Position: _Secretary, Florida Department of Corrections_____

      Employed at: _Florida Department of Correction_____

   D.   Defendant: _~~Ebony O. Harvey~~  Ebony O Harvey_____

      Mailing Address: _____

      _501 South Calhoun Street  Tallahassee, Florida, 32399-2500_____

DC 225 (Rev 2/2012)                           3

Position: _Senior Human Service Programs SpecialisT-RN_

Employed at: _Legislation / Fla. D.O.C_

E.   Defendant: "Lynne King"

Mailing Address: _Madison Correction Instition_

_382 Sw MCI Way, Madison, Florida, 32340_

Position: _Senior Health Service Administrator_

Employed at: _Madison Correction Instition_

F.   Defendant: "Warden Hicks" Milton Hicks

Mailing Address: ~~382 Sw MCI~~ Madison Correction InsTiTuTion

_382 Sw MCI Way, Madison, Florida, 32340_

Position: _Warden at Madison CI_

Employed at: _Madison ~~CI~~ Correction InsTiTuTion / Fla. D.O.C_

G.   Defendant: _Dr. Jesus Pichardo_

Mailing Address: _Madison Correction InsTiTuTion_

_382 Sw MCI Way, Madison, Florida, 32340_

Position: (CHO) Chief Health Officer "DocTor" MD

Employed at: _Madison Correction InsTiTuTion / Fla. D.O.C_

H.   Defendant: _Dr. C. Vazquez MD_

Mailing Address: _Madison Correction InsTiTuTion_

_382 Sw MCI Way, Madison, Florida, 32340_

Position: (CHO) Chief Health Officer "DocTor" MD

Employed at: _Madison CI_

**I.** Defendant: Dr. R. Solorzano MD

Mailing Address: Madison Correction Institution

382 SW MCI Way, Madison, Florida, 32340

Position: (CHO) Chief Health Officer Dr. MD

Employed at: Madison Correction Institution / Fla. D.O.C.

**J.** Defendant: Physician Mr. W. Tucker

Mailing Address: Madison Correction Institution

382 SW MCI Way, Madison, Florida, 32340

Position: Primary Physician W Tucker A.R.N.P

Employed at: Madison CI / Fla. D.O.C

**K.** Defendant: Dr. R. Solorzano MD

Mailing Address: North Florida Region - Office of Health Service

P.O. Box 628 • Lake Butler • Florida, 32054

Position: Regional Medical Executive ~~Dicetac~~ Director

Employed at: Fla. D.O.C

**L.** Defendant: Dr. R. Lafontant

Mailing Address: Northern Florida Region - Office of Health Service

P.O. Box 628 • Lake Butler • Florida, 32054

Position: Regional Medical Executive Director

Employed at: Fla. D.O.C

M. Defendant: Dr. Frank Farmer MD
Mailing Address: _____

501 South Calhoun Street, Tallahassee, Fl. 32399-2500
Position: Head Senior Medical Executive Director
Employed at: Fla. D.O.C                    2009-2011

N. Defendant: Dr. Olugbenga Ogunsanwo MD  2012-
Mailing Address: _____

501 South Calhoun Street, Tallahassee, Fl. 32399-2500
Position: Head Senior Medical Excutive Director
Employed at: Fla. D.O.C

O. Defendant: Dr. J. Morales
Mailing Address: New River Correction Institution

Position: (CHO) Chief Health Officer Doctor
Employed at: New River C.I / Fla. D.O.C    6-8-11

P. Defendant: Dr. L. Colombani MD
Mailing Address: Hampton Correction Institution

Position: (CHO) Chief Health Officer Doctor
Employed at: Hampton Correction Institution   8-10-11

4₂

Q. Defendant: __Warden : Ms. Folsome__

   Mailing Address: __Lake Correction InsTiTuTion__

   __19225 US Hwy 27 · ClermonT, Fl. 34715__

   Position: __Warden over Lake CI__

   Employed at: __Fla. D.O·C__

R. Defendant: __Warden : Mr. Hummel__

   Mailing Address: __Lake Correction InsTiTuTion__

   __19225 US Hwy 27 · ClermonT, Fl. 34715__

   Position: __Warden over Lake CI__

   Employed at: __Lake Correction InsTiTuTion / D.O.C Florida (Fla.)__

S. Defendant: __Tammy Young__

   Mailing Address: __Lake Correction InsTiTuTion__

   __19225 US Hwy 27 · ClermonT, Fl. 34715__

   Position: __AssiTant Warden__

   Employed at: __Lake Correction InsTiTuTion / Fla. D.O.C__

T. Defendant: __Gary Assante__

   Mailing Address: __Lake Correction InsTiTuTion__

   __19225 US Hwy 27 · ClermonT, Fl. 34715__

   Position: __Senior Health Service AdminisTraTor__

   Employed at: __Lake Correction InsTiTuTion__

U. Defendant: Ms. Debbie Elder

Mailing Address: Lake Correction Institution

19225 US Hwy 27 • Clermont, Fl. 34715

Position: Senior Health Service Administrator

Employed at: Lake Correction Institution / Fla. D.O.C.

V. Defendant: Dr. V. Mesa

Mailing Address: Lake Correction Institution

19225 US Hwy 27 • Clermont, Fl. 34715

Position: (CHO) Chief Health Officer "Doctor" MD

Employed at: Lake Correction Institution / Fla. D.O.C

W. Defendant: Dr. Luon Van TA   MD

Mailing Address: Lake Correction Institution

19225 US Hwy. 27 • Clermont, Fla 34715

Position: My Primary Physician Dr. TA   MD

Employed at: Lake Correction Institution / Fla. D.O.C

X. Defendant: ~~Alexan~~ Nurse Mr.   Caban

Mailing Address: Lake Correction Institution

19225 US Hwy 27, Clermont Fl. 34715

Position: "Nurse   Medical Nurse

Employed at: Lake Correction Institution / Fla. D.O.C

4y

Y. Defendant: Nurse T. William
Mailing Address: Lake Correction Institution
19225 US Hwy 27 · Clermont, Fl. 34715
Position: Medical Nurse

10. Employed at: Lake Correction Institution / Fla. D.O.C

Z. Defendant: Ms. Davin
Mailing Address: Franklin Correction Institution
1760 Highway 67 · Carrabelle, Fl. 32322
Position: Senior Health Service Administrator

M. Employed at: Franklin Correction Institution / Fla. D.O.C

1A. Defendant: Dr. S. Vilchez MD
Mailing Address: Franklin Correction Institution
1760 Highway 67 · Carrabelle, Fl. 32322
Position: (CHO) Chief Health Officer "Doctor
Employed at: Franklin Correction Institution / Fla. D.O.C

1b. Defendant: Ms. P. Watson
Mailing Address: Franklin Correction Institution
1760 Highway 67 · Carrabelle, Fl. 32322
Position: Physician P. Watson A.R.N.P.
Employed at: Franklin Correction, ~~FCI~~ Institution

45

**1c.** Defendant: _Gaurang Shah_

Mailing Address: _(R.M.C) Reception Medical Center_

_P.O. Box 628 · Lake Butler · Florida, 32054_

Position: _Gastroenterologist Specialist MD_

Employed at: _R.M.C Lake Butler / Fla. D.O.C_

**1d.** Defendant: _Dr. Santo's_

Mailing Address: _R.M.C Reception Medical Center_

_P.O. Box 628 · Lake Butler · Florida, 32054_

Position: _"Urgent Care" Doctor MD_

Employed at: _R.M.C Lake Butler / Fla. D.O.C_

**1e.** Defendant: _J. Bryan_

Mailing Address: _Madison Correction Institution_

_382 SW MCI Way · Madison, Florida 32340_

Position: _Head Nurse Supervisor SRNS - F/c_

Employed at: _Madison Correction Inst. Tution / Fla. D.O.C_

**1F.** Defendant: _Dr. Aguilar / Fla. D.O.C_

Mailing Address: _(R.M.C) Reception Medical Center_

_P.O. Box 628 · Lake Butler · Florida, 32054_

Position: _Ear, Nose, Throat, Specialist_

Employed at: _R.M.C Lake Butler / Fla. D.O.C_

1G. Defendant: Nurse     Gideon

Mailing Address: Lake Correction Institution

19225 US Hwy 27 • Clermont, Fl. 34715

Position: "Nurse"

Employed at: Lake Correction Institution / Fla. D.O.C.

1H. Defendant: Nurse     Seney

Mailing Address: Lake Correction

19225 US Hwy 27 • Clermont, Fl. 34715

Position: Nurse

Employed at: Lake Correction Institution / Fla. D.O.C.

1I. Defendant: Ms     Butler

Mailing Address: Lake CI
19225 US Hwy 27 • Clermont, Fl. 34715

Position: ~~Nurse II~~ "Nurse"

Employed at: ~~Lake Correction~~ Lake CI / Fla. D.O.C.

1J. Defendant: ~~Ms. M. Howell~~

Mailing Address: ~~19225 US Hwy 27~~

Position: ~~Nurse~~

Employed at: ~~Lake Correction Institution~~

4₂

V.   STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Liver: The failure of Defendants: Ebony O Harvey • Lynne King • Milton Hicks • Dr. Jesus Pichardo • Physician W. Tucker • Dr. R. Solorzano • Dr. R. Lafontant • Dr. Gaurang Shah • Dr. Frank Farmer • Dr. Olugbenga Ogunsanwo • Dr. Santo's • Ms. Falsom • Mr. Hummel • Tommy Young • Garry Assantee • Debbie Elder • Ms. Davin • Dr. S. Vilchez • Physician P. Watson • Dr. V. Mesa Dr. Luon Van TA: acknowledgement to Plaintiff Liver Condition over His Liver Disease of Hepatitis when Plaintiff made deffendant(s) aware of his illness comming into The Florida Department of Corrections Deffendants

VI.   STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

I Steven J DiBartolo am not recieving "Adequate Medical Health Care" with Liver, Spine, Heria, Throat-Esophagus, Prostate,

1.) Defendants: C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, V, W, X Y, Z, 1A, 1B, 1C, 1d, 1e, 1f, 1g, 1h, 1i, 1j

August 26th 2009 • at C.F.R.C Institution • That upon my initake Medical Screening Interview the Prison administration was aware of my Medical Condition (see Exhibit 1)

2.) Defendants while at Madison CI: C, D, E, F, G, H, I, J, K, L, M, N, O, P, 1C, 1d, 2e, 2F

# V STATEMENT OF CLAIM CONTINUE
## Liver

1. including his Gastro Specialist continue to ignor Plaintiff Liver condition for approximently Two year plus. When

2. Plaintiff repeatedly complain about abdominal pain requesting liver to be check thoroughly, plus complaining about

3. his Tongue, throat, Esophagus that may all be link to Plaintiff struglong liver. Yet, Plaintiff liver had continue

4. to be ignored by defendants. Plaintiff liver was finally check thoroughly due to the numerous amount of <u>abdominal</u>

5. <u>and Tongue, Throat-Esophagus</u> complaints finding out Plaintiff liver was critical and still being disregaurded

6. after CHO Dr. Richards recomended treatment, but was finally treated (8) months later being persuaded with many

7. Phone calls from Plaintiff family, and Certified letter from Plaintiff and family. However, defendants failure to provide

8. Plaintiff with the more advance Triple Therapy "Incievk • Pegasys • Ribavirin" when they were advailable and requested

9. by Plaintiff; damaged plaintiff liver worse with his body rejecting the Double therapy "Pegasys • Ribavirin"

10. by themselves, only having 41% success rate (Plaintiff rejecting Double therapy during 7th month with liver Viral

11. rising during therapy never reaching 0) when the Triple therapy with the drug "Iaievk added to the drug

12. "Pegasys • Ribavirin were available having double the success rate approximently 80% if never treated before with

13. rejection. Then when Plaintiff was awarded the Advance therapy (again due to grievances, and E-Mail letter from family)

14. Plaintiff condition was not explain to him by his Gastro Specialist Dr. Shah, or his primary physician CHO Dr. Mesa

15. Nor was Plaintiff condition Monitor appropriately during therapy, even with <u>Labs every Two weeks as specialist</u>

16. recommended. Nor was Speciality Consults done in a timely manner not seeing specialist for (5) months

17. during these "severe issue's with plaintiff Esophagus • respiratory when Specialist reccomend to see Plaintiff

18. in (4) months. Nor was further examination done with Plaintiff's Esophagus Respiratory having severe issue's, even when

19. Gastro Specialist recommended Plaintiff to lung specialist when seeing Gastro, and problem is still accurring after therapy has

20. been completed and this is being ignored having issue's! Nor since therapy has been completed, has plaintiff been further

21. examine to see if liver is past the point of NO repair (Failing needing Transplant) when Plaintiff has "many" issue's

22. accurring link to strugling Decompensated liver needing Transplant. Having "severe driness of Mouth, Throat, eye's"

23. "Bumbs & soars on top of Head, on Neck, arms, legs, "Nausea, abdominal pain & bloating, "Ascites fluid accumulation"

24. "Lack of Concentration, severe fatigue, dizziness, headachs "Confusion unable to do multible task etc... and

25. this is being ignored to me, with me! Now Plaintiff found out his liver Viral Load rose from being (0) showing therapy unsuccessfull

26. undectible, to being (615) Approximently (4) four weeks after therapy was completed, and Dr. Mayo refused

27. Plaintiff the most advance therapy Medication drug "Sofosbuvir" along with "Pegays plus Ribavirin" that the

28. FDA had just approve December 2014 verbally stating "They were To expensive" when these

29. drugs have a 90% plus success rate. Nor will CHO Dr. Mesa! Nor will defendants put Plaintiff on a

30. Special Food dieT, and every since Plaintiff "Lactose Solution" ran out in December early Dr. TA would

31. not refill, Then when Dr. Mayo prescribe iT for 6 months, Lake CF Pharmacy will noT fill iT for

# V   STATEMENT OF CLAIM CONTINUE
## Liver

1. some reason even when Gastro Specialist prescribe this to me due the Medication "Lactulose"
2. helps Plaintiff "Amonia level" which is good for liver that has not been check lately, and also helps
3. with him Moving his bowls. Plaintiff does not understand why he is not still recieving this
4. Lactulose Solution when his condition is not getting better in fact its becoming worse, or why his
5. Gastro Specialist Dr. Shah is waiting (6) months from last visit of 10-22-13 to see Plaintiff again
6. when Plaintiff explain all my symptoms to him as He only address my lungs, and Liver Viral
7. load still being undetectable ignoring all other symptoms/issue's Plaintiff was and is experancing
8. Nor does Plaintiff understand why he has not had a ultra sound done of his liver and spleen
9. with the Hepatitis B & C virus when it is recommended with severe liver problems with
10. patients having the Hepatitis B + C virus every (6) months especially during Therapy. When
11. this is life threatening! and Plaintiff last cat scan was done in 2010. Nor does Plaintiff
12. understand why Defendants have not thuroughly examine him with a Smack 28 Blood Lab test
13. to thoroegh examine all organs through his blood especially when Plaintiff his went unconsious on
14. several vacation occasions. All This is due to cost having many cut back in The Florida
15. Department of Correction Medical being one, especially since This New Medical Company
16. "Corizon" Took over Indangering Plaintiff's well being
17. The Failure to the above mention Defendants acknowledgement to Plaintiff liver
18. condition or to further Provide Plaintiff serious with follow-up examination and
19. treatment to Plaintiff Constitutes Deliberate Indifference to Plaintiff serious
20. life threatening Medical needs in Violation of the (8th) Eighth Amendment to the
21. United States Constitution.
22. The Failure to the above mention defendants acknowledgement to Plaintiff liver
23. condition or to Provide further examination and treatment to Plaintiff Constitutes
24. the tort of Negligence under the law of your state.
25.
26.                    "This is very Urgent"
27.
28.
29.
30.
31.

1A

# V. STATEMENT OF CLAIM CONTINUE

## "SPINE"

2. The failure of defendants : (Michael Cruze • Ebony O. Harvey • Dr. Olighenga Ogunsanwo • Ms. Davin • Dr. S. Vilchez • Ms. Folsom • Mr. Hommel • Tommy Young • Gary Assaate • Debbie Elder • Dr. V. Mesa • Dr. Luon Van TA ) To Provide Plaintiff Neurology Specialist Consultation after being refered by (2) Two different (CHO) Chief Health Officer Doctor to see the Neurology due to the severity of Plaintiff Spinal Condition having excruciating pain with tingling numbness even in face and limited mobility. When even "Ebony O. Harvey" The Senior Human Service Program Specialist - RN over the Fla. D.O.C. who signs most of Plaintiff grievancess state" IT is the responsibility for the Chief Health Officer to determine the appropriate treatment regiment for the Condition you are experiecing and Speciality Consult, as well as Inspector General stating the same thing. All being Higher Administrative. As even the Dictating Radiologist who wrote the MRI report on 1-23-13 Recommended Specialize Consultation for Plaintiff due to the Advance finding Plaintiff Has in His lumbar and Cervical not really Knowing about The Thoracic region where Plaintiff Has severe pain also being left out on 1-23-13. However, due to the above mention defendants "lying," Manipulating and Faulsifing documentation" Refusing Plaintiff further MRI Examination, and Neurology Consultation who is the Most duly license Physician to examine and treat Plaintiff's severe Spinal Condition leaving Plaintiff to Suffer with tingling numbness' excruciating pain Quen in Face mostly left side" through out most of Plaintiff body effecting his mobility being in fear of paralysis. Defendants even refusing to help plaintiff with appropciate pain management giving Plaintiff IB Profin 600mg Twice daily, As 600mg IB Profin Plaintiff found out is Toxic to his liver with the Hepatitis C Virus. Also, taking away defendants Plaintiff Mild Pain Reliever Bacflen 20mg and then 10mg leaving Plaintiff on Naproxen 500mg that Gastro Specialist told Plaintiff not to take either due to liver and Severe Stomach issue, but Plaintiff need some-thing Crying out for Help to his Primary Physician Dr. Luon Van TA who Verbally stated ITs cut of His hands due to CHO Mesa, Corizon the New Medical Company "Corizon" is cutting back on Many things. Which is crule and Endangering Plaintiff well being with several issue leaving Plaintiff to Suffer, and spine has become much worse. The Failure of the above mention Defendants to Provide Plaintiff with follow-up examination and treatment Constitutes Deliberate Indifference to Plaintiff's serious Medical Needs in Violation of the (8th) Eighth Amendment to the United States Constitution. The Failure of the above mention Defendants to Provide Plaintiff with follow-up examination and treatment Constitutes The Tort of Negligence under the law of your state. See Exhibits 177a, 177a ; 117, 117a ; 116 ; 115 ; 113, 112 ; 82 ; 81, 80a, 80 ; 72a1, 72a ; 79a, 70a ; Also Exhi. T 90 - 110) thru Plaintiff is litterally losing his mind over This Pain and is crying out for Help Please Help Me! "Urgent"

"Urgent"

# V  STATEMENT OF CLAIM CONTINUE

## "Throat - Esophagus"

2. The Failure of defendants: (Michael Cruse • Ebony O. Harvey • Lyone King • Milton Hicks •
3. Dr. C. Vazques • Dr. R. Solorzano • Dr. P. Lafentant • Physician W. Tucker • Dr. J. Marakes
4. Dr. L. Colobani • Ms. Falsom • Dr. Frank Farmer • Dr. Olugbenga Ogunsanwo • Mc. Hummel
5. Tommy Young • Gary Assante • Debbie Elder • Dr. V. Mesa • Dr. Luen Van TA • Ms. Davin
6. Dr. S. Vilchez • Physician P. Watson • Dr. Aquilar • Dr. Gaurana Shah • Dr. Santo's •
7. Nurse J. Bryan • Nurse T. William • Nurse Coban) acknowledge to Plaintiff Tongue -
8. Throat - Esophagus - Chest area. That has be link together" I believe, and has been a "on-going.
9. "Unresolved" accuring issue that maybe all link together to Plaintiff Strugling "Liver" and Hernia, Spine
10. and the severe Ulserated Sore's all through "mouth "Esophagus "Stomach, etc... "or maybe altogether
11. something different that is being over look and let go by defendants. This on-going condition to
12. Plaintiff is causing driness of Mouth & Esophagus Sticking together, having Pain & presure on Esophagus
13. and Chest and inter swelling of Throat Esophagus with like little bumbs, often effecting Plaintiff swallowing.
14. This issue is The cause of Plaintiff First Liver Byopcy attempt being stopped before ever being treated
15. with any liver therapy that some Physician say the Liver Therapy was causing this issue/problem.
16. Although, treatment are Finished and issue is still accurring. This issue has became such a big
17. concern to Plaintiff he is fear of this being life Threatning even effecting his abdominal and respiratory that Plaintiff
18. Gastro Specialist Dr. Shah has to see a lung Specialist which has not happend Nor his Gastro initiated any further examin- (recommended)
19. ation. As Physican and Defendants continue to ingnor Plaintiff's condition NOT initiating follow up examination
20. to recieve a for sure diagnosis. Having several different diagnosis from different Physican Prior To
21. Plaintiff residing at Lake CI were. CHO Dr. Mesa stated Plaintiff Throat was all clear (Nothing wrong)
22. when by NO Means was Plaintiff Throat Clear when To days Prior on 9-18-12 Dr. Maya took a Throat
23. culture and put Plaintiff on Antibiotics refering Plaintiff To CHO Mesa. due To The severity of This
24. issue which is The same day CHO Mesa. denied Plaintiff Hernia and other issue's taking away
25. prior Passes doing Nothing to Further Help Plaintiff. Plaintiff is now having severe pain in Esophagus "Lungs" abdominal
26. The Failure to the Above mention Defendants to Provide Plaintiff with follow up examination
27. are treatment Constitutes Diberate Indifference to Plaintiff serious Medical needs in
28. Violation of the (8th) Eighth Amendment to the United States Constitution.
29. The Failure of the above mention Defendants to Provide Plaintiff with follow-up
30. examination and treatment Constitutes The Tort of Negligence under The law of
31. your state.

Urgent

# V STATEMENT OF CLAIM CONTINUE

## "HERNIA"

2. The Failure of defendants : (Michael Cruze • Ebony O. Harvey • Lynne King • Milton Hicks • Dr.

3. Jesus Pichardo • Physician W. Tucker • Dr. R. Solarzono • Dr. Olugbenga Ogunsanwo • Dr. Gaurang Shah

• Mr. Hummel • Tommy Young • Gary Assante • Debbie Elder • Dr. V. Mesa • Dr. Luan Van TA):

5. To provide Plaintiff with Surgery for Hernia. That has been documented by Gastro Specialist Dr.

6. Gaurang Shah on 7-28-10 and 4-6-11 that Plaintiff has Umbilical Hernia Vertical up, or to follow up

7. with examination testing to Know the extent of damages that has spreaded and very well could be

8. parcially or the cause of Plaintiff digestive problems and Esophagus issue. Yet, CHO Dr. Mesa

9. states Plaintiff has No Hernia taking away abdominal belt and Puss that was prescribe by Gastro

10. Specialist and provided by Physician W. Tucker at Madison CI, and again being replace by

11. Physician P. Watson at Franklin CI. Yet, CHO Dr. V. Mesa state at Lake CI stated Plaintiff has

12. NO hernia and Has No Intention in Helping Plaintiff.

13. The Failure of the above mention Defendants to provide Plaintiff with follow-up examination

14. and treatment Constitutes Deliberate Indifference to Plaintiff serious Medical Need in

15. Violation of the (8ᵗʰ) Eighth Amendment to the United States Constitution

16. The Failure of the above mention Defendants to provide Plaintiff with follow up examination

17. and treatment Constitutes the Tort of Negligence under the law of your state

18.

19. Exhibit 2 & 7

20. Exhibit 76 Line 14

21. Exhibit 165A, 165b, 165c, 165d, 165e, 165F

22.

23. Plaintiff believe Hernia is all The way to Chest

24.

25.

26.

27.

28.

29.

30.

31.

V   <u>STATEMENT OF CLAIM CONTINUE</u>

"Prostate"

1.

2. The Failure of Defendants : Ebony O. Harvey • Mc. Hummel • Tammy Young

3. Debbie Elder • Dr. V. Mesa • Dr. Luon Van TA : to help Plaintiff Further

4. with Medication or something when Plaintiff is having difficulty urinating having

5. discomfort even with being on The Pharmecutical Drug Hydrin/ Terazosin 10mg

6. for approximutely 2½ years that use to work for Plaintiff urinating issue, and was

7. on 5mg prior to the 10mg. However, this is being ignored, even my Pass for

8. extend urinating was even taken away. This could be due to The severe spinal

9. problem, and/or Prostate together I don't know but something is not wright.

10. The Failure of the above mention defendants : To Provide the Plaintiff

11. follow-up examination and treatment of Prostate Constitutes Deliberate

12. Indifference to the Plaintiff's serious needs in Violation of the (8th)

13. Eighth Amendment to The United State Constitution.

14. The Failure of the above mention defendants to Provide the Plaintiff follow-up

15. examination and treatment Constitutes the Tort of Negligence under the law of

16. your state.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

29.

30.

31.

# VI.) STATEMENT OF FACTS CONTINUE

1. • That on **Sept. 2009**, I arrived at my permanent Camp (Madison CI)
2. • That on 11-18-2009, at Madison CI, I started Complaining about Abdominal Pain.
3. • That on 1-05-2010, at Madison CI, I seen Physician Tucker or CHO Dr. Pichardo complaining about abdominal pain
4. • That on 2-10-10, at Madison CI, I seen Physician W. Tucker or CHO Pichardo MD complaining about abdomial pain, and Mouth : Threat : Esophgus, asking about my liver condition
5. • That on 5-4-10 or 5-12-10, at R.M.C Medical, I had Ultra Sound Done on the Liver, gull bladder, Pankrus, find abdominal polyps.
6. • That on **7-28-10**, at R.M.C Medical, I seen Gastro Specialist Dr. SHah who diagnose me with **Hernia**, Acknowledging my Liver being fine emzymes within normal range, and That I had Abdominal Polyps (see Exhibit 2) but He would not Check liver viral Load.
7. • That on 11-7-10, at Madison CI, I wrote Informal Grievence to Ms. King about Ulserate blisters, Hernia, abdominal polyps, and a camra test not being done. (see Exhibit 3)
8. • That on **10-10-10**, at R.M.C Medical, Gastro Specialist Dr. Shah examine my Threat and Abdominal with Camra test, and continued to ignor my Liver stating my liver is good.
9. • That on 12-05-10, at Madison CI, I wrote Grievence Log # 1212-216 022 about Them not help fixing me, or Tring To find out what is really wrong (see Exhibit 4) sign by Warden Hick
10. • That on 2-06-11, at Madison CI I wrote Informal Grievence Log # 02-07 (see Exhibit 5)
11. • That on 4-3-11, at Madison CI, I wrote informal Grievence Log 04-009 about all The new type of sore's and Ulserate blister all in my Mouth, Tongue, Threat (see Exhibit 6)
12. • That on 4-6-11, at RMC Medical, I saw Gastro Dr. Shah who examine me, again diagnose me with Hernia (Not being fix) also seeing massive break out of Ulserated sores refering me to the Ear, Nose, Threat specialist, and again Dr. Shah would not check my Liver Viral Load stating me Liver was good that my Emzyme were fine (Exhibit 7)
13. • That on 4-12-11, at Madison CI, I seen CHO Dr. Pichardo who look at Mouth, tongue and throat, and examine my abdominal real good. Dr. Pichardo order Labs for Aids test and Large Veriety of Liver test Find out my Liver is Strugling with a Very High Critical Viral Load (see Exhibit 8)
14. • That on 4-14-11, at Madison CI, I wrote informal Grievence # 4-103 for Robaxen Medication for my Spine, and The Possible skin cancer being ignour (see Exhibit 9)
15. • That on 4-20-11, at Madison CI, I seen CHO Dr. Pichardo, who prescribe Liver treatment

# VI.) STATEMENT OF FACTS CONTINUE

1 with Gastro Specialist Dr. Shah due to findings of a Critical High Liver Viral Lacke

2. and strugling of The Liver (see Exhibit 8)

3. • That on 4-22-11, at RMC, I seen the Ear-Nose-Throat Specialist Dr. Aguilar

4. who said my problem with my Tongue was from brushing and would not further

5. examine my Throat-Esophagus.

6. • That on 4-27-11, at Lake C.I., I wrote informal grievance #4-110 (see Exhibit 10)

7. Also, Grievance #1105-216-028 about follow up with Doctors that were not fixing

8. me with or further examine me. As this Part-B response "lie" about 5-5-11

9. Medical being a follow up when it was a Medical Emergency call in from Chapel

10. • That on 5-5-11, at Lake C.I., I seen Physician W. Tucker being very week, dizzy,

11. Fog minded, Throat-Esophagus problem

12. • That on 5-15-11, at Lake C.I., I wrote Grievance #1105-216-062 due To being

13. very week, & sick, and in fear of my Condition. This Grievance was signed by

14. CHO Dr. J. Morales from New River CI on 6-8-11 who I have never seen before

15. (see Exhibit 11) also see Grievance 11-6-19445 Exhibit 12 and Exhibit 12A)

16. • That on 5-26-11, at Lake C.I., I wrote Grievance #1105-216-087 about my

17. Throat-Esophagus sign by CHO Dr. Morales from New River who I have never

18. (see Exhibit 13) Also, Grievance 11-6-19444 Exhibit 14)

19. • That on 6-15-11, at RMC Medical, I seen Gastro Dr. Shah who verbal said

20. he did not feel my Liver was That bad, who has been ignoring liver, and I

21. already had many late stage simptom of : "High Amonia" "Fog Minded"

22. "Lack of Consintration" "Muscle and joint pain, dizziness, and driness of Mouth

23. and Throat. Dr. Shah order a liver biopsy, but was not done due to concealation until 11-9-11

24. See Exhibit 15) Due de all the problems I have been having with my mouth-Throat-Esophagus

25. not getting a proper for sure diagnosis still to this day of 12-22-13 and even was the reson why

26. my first liver biopsy attempt was stop) I wrote many Grievance 1107-216-023 signed by CHO Dr. Luis C.

27. Vazqez (Exhibit 16)(Exhibit 17) (Exhibit 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32,) all

28. aply To my issves.

29. • That on 7-11-10, at Lake CI, I wrote Grievance 1107-216-033 on skin Cancer

30. that goes with Exhibit 9 line 5) and Exhibit 10 due To Physician will not address my Skin Cancer

31. issue. This Grievance was signed by Dr. Luis C Vazqez who I never seen (see Exhibit 33)

# VI.) STATEMENT OF FACTS CONTINUE

1. • That on 8-7-11, at Madison C.I, I wrote Grievance Log # 1108-216-022 due To all my
2. condition I have occurring and not being properly address even Though I have been being
3. seen by Physician Tucker A.R.N.P. In hope to see the (CHO) Doctor again because of my
4. severe condition. This Grievance 1108-216-022 was sign by (CHO) L. Colombani MD out of
5. Hampton C.I whom I have never seen (see Exhibit 33A) and I do not understand How CHO Doctors
6. can sign off on Grievances without ever seeing me in my severe Condition having serious Fog.
7. mind, Lack of Concentration and being dizzy at This Time of 8-7-11 and even prior. Along with
8. confusion that Gastro Specialist has document on 11-26-12 because my Confusion and Comprehention
9. become so bad (Ref : to Exhibit 86 on Confusion)
10. • That on 9-21-11, at RMC Medical, First Liver biopsy was stopped due To Throat-Esyphagus-
11. Chest having Presure, driness
12. • That on 10-7ᵗʰ 2011, at RMC Medical, Being very week and dizzy as I have been, Went
13. unconious approximately 5:00 AM. When I was Taken to Urgent Care ▨▨ Labs were
14. drawn of Smack 28 Lab Test. However, Urgent Care Dr. Santos come To work He concelled
15. The Smack 28 Labs and Stated The only Thing wrong with me is The Hepatitis C and D.O.C
16. does not treat The Hepatitis C which I knew was a lie, but seen True in my case!
17. • That from approximately May 2011, my Mom Sandy Hagerling and I Steven J. DiBartolo has
18. written several letter Certified mail to many Higher Athorities with reply (see Exhibit 34, 34A, 34b,
19. 34c, 34d, 34.e, 34F, 34g, 34H, 34 I, 34J), and from the time of September 21ᵗʰ 2011, at my first
20. Liver biopsy attempt at RMC Medical that was stopped due to complication with Throat-Esyphagus
21. chest having presure etc... untill I went back To my main comp (Madison C.I) on December 9ᵗʰ 2011
22. My mother Sandy Hagerling sent many E-Mails as I put in many sick-call for my Throat-Esyphagus and spine
23. seeing many Doctor for Throat-Esophagus chest recieving different diagnosis Being schedual To see Ear, Nose, Throat
24. Specialist by Dr. Perez at R.M.C Medical on Nov. 22 2011 and still To this day have not been. Also, for the
25. Major pain in my spine Now's excruciating pain That is being let go! I believe on the date
26. of 4-28-11, at R.M.C Medical is The last Time I seen The Neurology Specialist who Verbally
27. stated all I can do is surgery Although, if you can handle The pain I am sure your in.
28. it would be wise To Focus on your liver first + Treat it, and when you cant handle The pain
29. come back & see me. Since Then I have been repeatedly complaining and Have been schedual
30. Twice by Two different (CHO) Doctors To see Neurology last Time being 12-18-12 and still
31. have not gone. Repeatly been To sick-call, Medical Emergency and been in The Infirmary,

# VI.) <u>STATEMENT OF FACTS CONTINUE</u>

1. **Being in the** infirmary on 12-31-12 thru 1-3-13, and again on Sept 15th and 16th 2013
2. See Attach Exhibits: E-Mail letter from my Mother (Exhibit 35, 36, 37, 38, 39,
3. 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64,
4. 65, 66.) As on Exhibit 63, if they would have kept me at R.M.C Medical I may
5. have been taken Care of w.R all my issue.
6. ● That on 11-30-11, at RMC Medical, I seen GasTro SpecialisT Dr. Shah who told
7. me my Liver biopsy indicated my liver being approximately 15% good (Exhibit 15)
8. Dr. Shah prescribe me the "Pegasys plus Ribavirin Double Therapy to TreeT my liver only having
9. 41% success rate with Geno type 1 When There were more Advance Medication therapy
10. available with a 80% success rate (see Exhibit 67 grievance #1206 113-007)
11. Dr. Shah did explain side-effects on 11-30-11 that I sign my name to.
12. ● That on March 21st 2012, I seen Dr. Shah at RMC Medical, Madison CI Medical
13. did not have Labs for Dr. Shah To see, he could not determine what To do, He order Labs to
14. be taken then at RMC Medical.
15. ● That on 3-27-12, at Madison CI, I seen (CHO) Dr. Solorzana and Mr. Tucker A.R.N.P.
16. about my Tongue, Throat, Esopagus, and I Told CHO that I was scheduled on Nov. 27th
17. 2011 From Dr. Perez at R.M.C. to see the (ENT) specialist and still have not gone. CHO
18. review records, said I was write and would look in to it. CHO Dr. Solorzana also
19. explain my Liver Virol decreasing, "I was happy", And still ask for the more Advance
20. Medication — Dr Drug "Incievk" which should have been done at the begaining.
21. ● That on 4-5-12, and 4-11-12, at Madison CI I seen Physician W. Tucker ARHP
22. who coarse me under duress having confussion to sign a refusal for E.N.T Specialist
23. in order to recieve Medication that CHO Dr. Solorzano prescribe to me on 3-27-12
24. So I Grievance log # 1204-216 028, and 1204-216-038. I was rescheduel on 4-26 12 and still
25. have not been. (Exhibit 68 + 69)
26. ● That on 4-18-12, at RMC Medical, I seen Gastro Specialist Dr. Shah who Told me after
27. (14) weeks of Therapy I still had a Virol load of 4,300 and still would not put me on
28. the Phermecutical drug "Incievk"
29. ● That on 4-19-12, at Madison CI, I seen Dental who emmediately scheduel me for
30. a biopsy of Tongue when he seen all The sore's of all Kinds
31. ● That on 5-1-12, at RMC Medical Dental Specialist, I had biopsy on Tongue. I asked

# VI.)   STATEMENT OF FACTS CONTINUE

1. if this could be link to my liver struggling. He Verbally told me "yes", but lets take a peace write here.
2. • That on 5·16·12, at RMC Medical, I seen Gastro Specialist and again I ask him about
3. the additive drug "Incievk" (see Exhibit 67)
4. • Then on 5·18·12, at Madison CI, I was transfered, (I believe due To Grievance) arriving at
5. Franklin CI on May 23cd 2012. This Trip caused extream pain in my Spine

3.)
6. • Defendents at Franklin CI : C, O, L, M, N, Z, 1A, 1b
7. • That on May 24, 2012, at Franklin CI, I went to sick-call for my Throat·Esophagus
8. and I was givin another Blue Consultation request form to see the E.N.T Specialist. To which
9. I had already signed with Physician Tucker at Madison CI on 4-26-12. I also informed the
10. Medical Staff offical of The Severe pain in my back. (spine)
11. • That on 5·28·12, at Franklin CI Medical ran out of Ribavirin Medication part of Therapy   liver
12. • That on 6·11·12, at Franklin CI, I seen Physician P. Watson AR.N.P. who concealed
13. my Ear, Nose, Throat Specialist without ever examine me, saying its been resolved when it has not !!!
14. • That on 6·12·12, at Franklin CI, I seen Dentist who told me my Tongue biopcy done on
15. 5-1-12 came back Geographic Tongue that could be link To your liver struggling, but That there is
16. no know reason what causes This or where it comes from, but it can not go down into your Throat
17. and you should still be seen by The E.N.T Specialist. So I wrote a 4 page request To Ms.
18. Davin Senior Health Service Administrator on 6-23-12 (Exhibit 70)
spine 19. • That on 6·27·12, at Franklin CI, I went to sick-call for major pain in my Back·Neck· and
20. Throat·Esophagus
spine 21. • That on 7·10·12, at Franklin CI, I seen CHO Dr. Vilchez claiming Medical Emergency
22. due To severe pain in my spine (back & Neck) having numbness in Neck mid·upper back arms.
spine 23. • That on 7·19·12, at Franklin CI, I wrote Grievance Log # 1207-113-042 due to severe pain
24. with tingling numbness in back and Neck that is being let go. I felt. (Exhibit 70A)
25. • That on 7·20·12, at Franklin CI, I went to sick-call for excruciating pain in Back & Neck
26. having tingling numbness. CHO Dr. Vilchez MD seen me and examine me. He prescribe me
27. Two injection for pain, and Had me sign my name To a Blue Consultation form to see
28. the Neurologist
29. • That on 7·23·12, at Franklin CI, I seen CHO Dr. Vilchez for major pain in back and Neck. CHO
30. prescribe to me more pain injection, and told me to be patient. That I would be going To RMC To see
31. the Neurology soon for my Spinal Concerns. (Exhibit 70A Part B response for my proof)

Grievance 1207-113-042

# VI.) STATEMENT OF FACTS CONTINUE

1. • That on 7-25-12, at Frankling CI, I was Transfered to R.M.C. Medical, but not for my
2. concerns as Dr. S. Vichez told me, only being transferd the next morning C.F.R.C orlanda.
3. • That on 7-26-12, at RMC west unit, I was Transferd to CFRC orlanda. NO medication
4. "Pegasys injection, or Ribavirin P. lls" followed me. These are The Medications For Hepatitis C treatment
5. • That on 7-30-12, at CFRC Main Unit, I was transfered to Lake CI

4) 6. **Defendants** while residing at Lake CI: C, O, N, Q, R, S, T, U, V, W, X, Y, 2c, 2g, 2h,
7. • That on 8-2-12, at Lake CI, I went To sick-call for Spine, Neck and Mid-upper Back
8. I seen Dr. TA recieving Pain injection "Tordol" muscle relaxer "Flexeral" and order Neck-x-rays
9. • That on 8-3-12, at Lake CI, I had Neck-x-ray done.
10. • That on 8-10-12, at Lake CI, I recieve a Pegasys shot for Liver after missing two week
11. from medication not following me during transfer. 7-19-12 being my lost shot
12. • That on 8-13-12, at Lake CI, I seen Dr. TA for Neck being mest up with spurs and The
13. 4, 5, 6, 7 were very narrow he said, but he would not send me to The Neurology Specialist only
14. prescribing me 1200 mg IB profin Only which is Toxic To the liver with Hepititis C. I recieve
15. This IB profin 600mg Twice Daily for over 2 year
16. • That on 8-15-12, at RMC Medical, I seen Dr. Shah who stated my Liver Viral Load
17. had started rising from 4,300, never going lower, up To 28,000 body rejecting The "Pegasys plus
18. Ribavirin" Therapy. This has damage my Liver worse and I should have been givin The
19. Triple Therapy with The additive "Inciek" from the start when They were available having
20. approximate 80% success rate verses 41% if Treated first (never being Treated before)
21. • That on 8-19-12, at Lake CI, I wrote informal grievance requesting To see CHO Massa
22. due To how sick I felt (informal grievance 1208-139 Exhibit 71 and 1208-138 Exhibit 72)
23. • That on 8-23-12, at Lake CI, I went To sick-call for Throat-Esaphays, abdominal pain,
24. Spinal Pain, but due To Pratical Nurse Cobra would only address one issue.
25. • That on 8-24-12, at Lake CI, I seen Dr. TA for Twisted ankle, and my Spine was also
26. address hurting worse when ankle was twisted. However, Dr. TA gave me Cruches, Prescribe
27. me 600mg IB profin Twice daily and musle relaxer "Flexeral" That are Toxic To liver with
28. The Hepititis C Virus. Also, my Pegasys injection were stopped due To body rejecting Therapy
29. but still would not send me To Neurologist and Told me There were NO Records of me schedual
30. to go see The Neurology from 7-20-12. Someone Falsifing records (see Exhibit 70 A.
31. fact-B response all The proof I have now

# VI.) <u>STATEMENT OF FACTS CONTINUE</u>

1. • That on 8-26-12, at Lake CI, I wrote Grievance #1208-312-162 about spine having severe
2. pain due To being let go not seeing the Neurologist Specialist when I was Transfer and Dr. TA
3. her a Lake CI says They have NO records of me being scheduel That was conveniently misplace
4. (Exhibit 72A, 72A1) and it part-B response say "IT is up to The (CHO) Chief Heath Officer
5. Doctor to determine if its necessary for you to see a Neurologist.
6. • That on 8-30-12, at Lake CI, I seen Nurse Cohon for Throat-Esophgus chest area
7. having pain a pressure effecting my swallowing "Something Wrong" and being ignored!
8. • That on 8-31-12, at Lake CI, I went To sick-call for Throat-Esophgus Chest area
9. • That on 9-9-12, at Lake CI, I wrote informal grievance 1209-048 over Spine, Mouth
10. Throat-Esophgus, Chest area, Liver problems, Thyroid, Amenia level, Trying To see CHO
11. Dr. Mesa For Help (Exhibit 73, 73A)
12. • That on 9-10-12, at Lake CI, I wrote Grievance #1209-312-034 for my Throat-Esophgus
13. and Condition (Exhibit 74, 74A, 74h)
14. • That on 9-17-12, at Lake CI, I went To sick-call due To Throat-Esophgus had with
15. blister, swelling, rawness, and severe driness. I was put into see The Doctor the next day.
16. • That on 9-18-12, at Lake CI, I seen Dr. Mayo for ThroatT. Esophgus. Dr. Mayo
17. was shock at The appearance and gave me AnTibiotic ████ Throat Swab culture, and recomend
18. me To see CHO Dr. Mesa who I have been trying to see. (Exhibit 75, 75A, 75b)
19. • That on 9-20-12, at Lake CI, I seen CHO Dr. Mesa for Liver, Spine, Hernia, Throat-
20. Esophgus, and ProsTate. CHO Mesa basically anything being wrong. Stating My Mouth, Throat
[Exhibit 73A] [denied]
21. Esophgus was clear and by NO means was T Clear. Also Stating I have NO Hernia when
22. Gastro Specialist says I do and CHO Took away passes when I needed them (Exhibit 76, 76A)
23. Also, See Grievance 1210-312-098 Exhibit 77 and (Exhibit 77A Grievance #12-6-36928 that
24. its Part-B response states "That our office (Tallahssee) con not corroborate your allegations against
[Secretary]
25. the Health Care Staff." Nothing is being resolved about any of my condition, even my Liver
26. treatment Therapy was deemed/stopped damaging Liver worse, and I can not get help from any-
27. one to help resolve my issue (Health Condition) even Though I'm seeing Doctors, CHO Dr. Mesa
28. who ignor obvious issue's and Dr. TA my main provider, there action continue to show neglect
29. in just letting me go. (Also review Exhibit 77B and Tallahssee Secretary D.O.C never sent
30. There copy back. Also, Exhibit 77E, & 77F about Hernia from Gastro Specialist.
31. • That on 9-27-12, at Lake CI, I gave blood. Thyroid was 11.05 on 8-13-12 which is very

# VI.) STATEMENT OF FACTS CONTINUE

1. high and still is not being address (Grievance 1210-312-039 Exhibit 78)
2. • That on 9-25-12, at Lake CI, I wrote grievance for Liver Treatment (Log # 1210-312-011
3. Exhibit 79) That should have been givin to me from the First Attempt when they were
4. available so the liver would not have been damage more from the First Treatment.
5. • That on 9-16-12, at Lake CI, I wrote Grievance 12-6-30660 on Spine (Exhibit 79A)
6. this grievance Further my Administive Remedy to grievance 1207-113-042 Exhibit 70A)
7. • That on 9-29-12, at Lake CI, I wrote grievance 1210-312-022 a Spine (Exhibit 80, 80A,
8. 81, 82) all on spinal issue
9. ~~That on 10-2-12, at Lake CI, Medical Officer Mosser claim Medical Emergency due To Neck~~
10. ~~could not move Head~~
11. • That on 10-1-12, at Lake CI, I went To sick call for Tingling numbness and excruciating
12. pain in my Neck, Trap, back, arms
13. • That on 10-2-12, at Lake CI, Medical Officer Mosser claim a Medical Emmergency
14. due To I could not move head, Nurse turn me away and said this was NO Emergency
15. to put in a sick-call.
16. • That on 10-11-12, at Lake CI, I went To sick-call for The Excruciating pain in Spine
17. "Nurse Fanture" who I would love to Find and Subpoena she would Tell truth, put
18. me on list see The Doctor.
19. • That on 10-15-12, at Lake CI, I saw Dr. TA for "Spine" only keeping me on 600mg IB
20. Profin Twice daily which is "Toxic" To Liver with Hepatitis C. Dr. TA also address my
21. Tongue, Throat, Esophagus, but would not Further examine (Grievance 1210-312-147 Exhibit
22. 83, "also" Grievance 1210-312-158 Exhibit 83A, 83b, 83 due To Dr. TA would not
23. Recommend any Further Treatment Therapy for my Liver.
24. • That on 11-2-12, at Lake CI, I went to sick-call, with Nurse Coban about my
25. Throat-Esophagus being swollen, raw, with Ulscerated scar all over. Nurse Coban
26. would not even take my Vitals, Stating Dr. Masa just examine you a 9-20-12 and
27. said everything was clear and He had me leave.
28. • That on 11-16-12, at Lake CI, I went To sick-call, With Nurse Williams who
29. would not take my Vitals state Her hands were tied nothing she could do Doctor
30. are denying you.
31. • That on 11-19-12, at Lake CI, my Mother Sandy Hagerling E-Mail letter To The Athorities
    on my Liver being Treated (see Exhibit 85, 85A, 85b, 85c.)

# VI.)  STATEMENT OF FACTS CONTINUE

1. on my Liver being treated (see Exhibit 85, 85A, 85b, 85c)
2. • That on 11·26·12, at R.M.C. Medical, I seen Gustro Specialist Dr. Shah who ask me
3. some questions, and notice how confused I became. Dr. Shah seem frustrated and
4. prescribe me the Triple Therapy Medication "Incievk· Ribavirin· Pegasys" without examine
5. or explaining my Condition to me as He did on the first Double Therapy having me
6. sign my Name before Starting Therapy. Dr. Shah order labs done to be done every
7. two weeks which Lake CI Medical did not aply (Exhibits 86, 86A, 86b, 86c )
8. • That on 11·28·12, at Lake CI, I gave blood for CBC and Liver Fuctions
9. • That on 11·30·12, at Lake CI, I started the Ribavirin Pill Medication for Liver Therapy
10. • That on 12·3·12, at Lake CI, I seen Physician AR.N.P. Ms. Handy for to find out why
11. I have not started the rest of My Triple Therapy Medications & Throat's She had no answer at that time
12. • That on 12·5·13, at Lake CI, I seen the Dentist who did acknowledge My Throat ~~Reflux~~
13. • That on 12·7·13 at Lake CI, I went to sick call with Nurse Williams about pain in spine
14. Nurse William would Not Document me being there No Vital nothing, but did Tell me I had w
15. D.E.R. Hold on my Medications For Liver, That everything was up To CHO Dr. Mesa
16. • That on 12·13·12, at Lake CI, I had appointment with (CHO) Chief Health Officer
17. Dr. Mesa and (S.H.S.A.) Senior Health Service Administrator Gary Assante to go over
18. when I would be starting my Triple Therapy Liver Treatments, that Gastro Specialist
19. Dr. Shah prescribe to me on 11·26·12. CHO had me sign my Name to a Blue Consultation
20. Form to go see The Neurology Specialist due To The severe pain and tingling numb-
21. ness I have been constantly complaining about (Exhibit 87) Then CHO Dr.
22. Mesa and Gary Assante tried To have me sign my Name To refusal that
23. would have Stopped me from recieving my Triple Therapy for my Liver until
24. I seen The Neurology Specialist "Which I would not sign" (Exhibit 88)
25. Witness was sign by Nurse T. Williams and Gary Assante. Then CHO Dr.
26. Mesa and S.H.S.A. Gary Assante Manipulated and coarsed me under duress in
27. the confused state of mind I am in to sign a refusal form for the Neurologist just
28. minutes after I just signed my name to the Blue Consultation form to see the Neurology
29. that I have been trying so hard to see in order for the CHO Dr. Mesa to give me my
30. Triple Therapy. Witness signed this time by "Nurse S. Butler S.R.N and Gary
31. Assante (see Exhibit 89) Then CHO Dr. Mesa force me under Duress to sign

# VI.) STATEMENT OF FACTS CONTINUE

1. my name to a "Authorization for Health Care Service Statement of Consent" with out
2. explaining my current condition! or CHO would not allow me to have my Triple
3. Therapy (Exhibit 90) This form was signed in the wrong place due to Confusion
4. Gary Assante allowing me to have Copies of everything on This day.
5. • That on 12-14-12, at Lake CI, I was order to report to medical. I seen CHO Dr. Mesa
6. and S.H.S.A. Gary Assante. They both asked me to sign another "Authorization for Health Care Service
7. Statement of Consent due to the Consent form I sign yesterday was signed in the wrong place.
8. CHO stated at This point she would go ahead and send me to see The Neurology if I signed
9. I was very Confused on what to do. CHO Manipulated me and course me under duress to sign
10. this form as well, which also was not signed in the proper spot I seen in order to recieve
11. my Triple Therapy Meds again not explaining to me my current condition. Although
12. CHO did keep her word and did go ahead and scheduled me to see the Neurology
13. Specialist on the Date of 12-14-12 (Exhibit 91) CHO filled out The Neurology form the rest of
14. The way from 12-13-12 Date. So I sign The Authorization for Health Care Statement of Consent
15. she ask me to sign even though CHO would not explain my current condition. That still was
16. Signed in the wrong Place due to confusion (Exhibit 92) Filling out Grievance # 1212-312-098
17. 13-6-03387 Exhibits 93, 93A) and Grievance # 1212-312-091; 13-6-03153 Exhibits 94, 94A)
18. also Exhibit 95, 96, 97)
19. • That on 12-17-12, at Lake CI, I seen Nurse Williams of Spinal pain (Exhibit 94B
20. • That on 12-31-12, at Lake CI, I had a Medical Emergency called due to spine
21. I spent 12-31-12 thru 1-4-13 due to No mobility ONTo limited mobility and pain.
22. • That on 1-4-13, at Lake CI, I recieve my first Pegasys Shot on my Triple Therapy
23. However, due to a hold I could not recieve pills unto Jan. 11
24. • That on 1-11-13, at Lake CI, I start on all 3 medication for my Triple Therapy
25. • That on 1-22-13, at Lake CI, I seen S.H.S.A. Ms. D. Elder along with Dudek to
26. go over my medical records due to filling out grievances about how I was manipulated
27. and coarsed under duress to sign refusal forms to see The Neurologist, and a "Authorization
28. for Health care Service Statement of Consent (Exhibit 94, 94A) Ms. Elder stated I
29. was lying making up stories and that there were no such records
30. • That on 1-26-13, at Lake CI, I wrote grievance 13-0195, 13-0194, 13-0212 on records
31. They say They do not have (Exhibit 95, 96, 97) and I do have such records Exhibit 88, 89, 90

# VI.)  STATEMENT OF FACTS CONTINUE

1. • That on 1-23-13, at RMc Medical, I recieve MRI of Cervical and Lumbar (Exhibit 98,99)
2. That state by The Dictating Radiologist "Dr. Richardo Bedoya He recommended me To see Specialize
3. Consultation (see Exhibit 99 Line 13,14) Yet CHO Dr. Mesa and Ms. Elder will not send me.
4. I ask you to Please review all MRI Exhibits on Spine over The years Progressively getting
5. worse each year. Exhibit 100,101,102,103,104,105,106,107,108,109,110) Each year spine is
6. becomming worse and Pain becomming unbarable rapidlly getting worse in my Spinal Condition
7. Since 1-23-13 MRI report To where mobility is very limited and I need Help
8. but CHO Dr. Mesa & Senior Health Service Administrator Ms. Elder will not send
9. me To Neurology
10. • That on 2-27-13, at Lake CI, I had appoint with CHO Dr. Mesa and SHSA Ms Elder. Minutes
11. prior to this visit Nurse Williams Check my Vitals having life Threatening side effects from the
12. Triple Therapy Medication. CHO Dr. Mesa nor Ms. Elder would address this issue telling me To put in a
13. sick-call for my issue's (Exhibit 111 Line 14,15) only informing me That I would not be seeing The
14. Neurologist (Exhibit 111 Line 6) That I was already schedual To go See (Exhibit 91)
15. CHO Dr. Mesa and Ms. Elder Both informed me That They had reviewed a letter From Higher
16. Authorities That I was not approve Exhibit 111, denied 111A) I ask for a copy of This letter
17. denying me, since this letter was not in There Presents To show me (Exhibit 112) Grievance
18. Log # 1303-312-007) and in response I wrote Grievance Log # 13-6-08892 to Secretory Fla.
19. D.O.C. Please review The Part B response (Exhibit 113) That on all Part B responses recieve
20. by the Secretory Florida D.O.C. or other wise letter or E-Mail from Tallussee Higher Admin-
21. istrater "Ebonay O. Harvey" who is The Senior Health Service Program Specialist RN
22. over D.O.C. Medical states "That it is the responsibility of your (CHO) Chief Heath Officer
23. to determine the appropeate Treatment regiment For The Condition you are experiencing (Exhibit 114)
24. and on most grievance response it also adds and speciality Consults. Also, as well as The
25. General Enspector Officer Higher Administration states The same Thing (Exhibit 72A1) with
26. all This being said it is preposterous That I he denied to see The Neurology Specialist whom
27. is the most duly license physician To Treat my Spinal Condition. When CHO Dr. Mesa approve me
28. to see The Neurology and scheduled me on 12-18-12 (ref-back Exhibit 91) and also CHO Dr.
29. Vilchez on July 20ᵗʰ, 2012 (Exhibit 70A Part B response) writting another Grievance #
30. 1304-312-071 after many sick-calls due To severe pain with Tingling numbness (Exhibit 115)
31. and its Part B response. "Stating" On 12-13-12 you sign a refusal to see The Neurologist, If

5j

# VI.) STATEMENT OF FACTS CONTINUE

1. you are still having issue's you will need To follow up with sick call procedure." This refusal
2. I was coarse under duress in Confuse state of mind to sign. Somebody lying due To That on
3. The date of 2-27-13 CHO Dr. Mesa. and Ms. Elder state it due To a letter That never exisT To
4. my Knowledge and now they state in grievance 1308-312-021 ExhibiT 115, its due To a refusal
5. That was done before The so call letter on 2-27-13, and refusal was straiten out with CHO
6. Dr. Mesa on 12-14-12, and she schedual me on 12-18-12. I have repeatly been going To sick
7. call Complaining To Doctor, Writing Grievances #1307-312-025 ExhibiT 116) grievance 1309-312-
8. 038 ExhibiT 117) and a Emergency Grievance. to Tallahasse - log # 13-6-31878 ExhibiT 117A)
9. being in Excruciating Pain in my Mid and upper back & Neck. That The Thoracic region
10. was not even done on 1-23-13 with MRI and was requested. See ExhibiT 118, 118A) That
11. Dr. TA is now even Taken away Medication ExhibiT 119) due To new Medical Comp.
12. Name Corizian making even more cut backs with medicale
13. ● ThaT on 1·29·13, at Lake CI, I went To sick-call and pleaded with Nurse Williams about
14. my ThroaT-Esophagus To NO Avail
15. ● ThaT on 1·31·13, at lake CI, I seen Dr. TA for Mouth and ThroaT Esophagus and
16. he prescribe me Prilosec 20mg (HearTburn) and Told me To drink lots of water. for my severe
17. driness of my Mouth and ThroaTe
18. ● ThaT on 2·6·13, at RMC Medical, I seen GasTro SpecialisT Dr. Shah who was
19. FrusTraTed due To Lake CI Medical Officials were NoT following his InsTruTion on require.
20. Labs every Two weeks. Dr. Shah made a Phone Call Tried To have me sTay at RMC due To my
21. poor HealTh. Could not geT, T. done, He did not no why and Had Labs done right Then aT
22. RMC Medical.
23. ● ThaT on 2·8·13, at lake CI, I gave Blood Labs
24. ● ThaT on 2·22·13, at Lake CI, I went To sick-call with Nurse Caban, having MulTible
25. side effects occurring. Due To pratical Nurse Caban would only address one (1) issue
26. ● ThaT on 2·23·13, at lake CI, I went unconices approximately 6:15 AM. Dorm officer
27. Willson called Medical Emergency. "Nurse Gideon" arrived check my V. tals, and sugar count
28. said I was fine, leFT me and went on her way.
29. ● ThaT on 2·26·13, at lake CI, I puT in sick-call (ExhibiT 120) The evening I was Taking
30. my "Incievk" medication dose 900 pm. Nurse Turez Took The sick-call puT, T in my file for CHO
31. Dr. Mesa To see due To I would be seeing her Tomorrow.

# VI.) <u>STATEMENT OF FACTS CONTINUE</u>

1. • That on 2-27-13, at Lake CI, I seen CHO Dr. Mesa and S.H.S.A Ms Elder. They would
2. not address my life threatening side effects telling me to put in sick-call for my issue
3. when I have been, and just did last night that Nurse Torez put in my file. I grievance
4. 1306 312-006 Exhibit 121) also see Exhibit 111 Line 13,14,15) them telling me to put
5. in a sick-call for my issue's so I did again Emmediately 122 Exhibit) them telling me all
6. that I was there for was to let me know I was being denied the Neurology Consult.
7. • That on 2-28-13, at Lake CI, I went to sick-call. Nurse williams informed me she was not allow
8. to address my sick-call issue's that I was only brought in to discuss Chicken Pox
9. • That on 3-1-13, at Lake CI, I put in sick-call but was denied being put on sick-call list
10. Exhibit 123)
11. • That on 3-3-13, at Lake CI, I put in sick-call but was denied to be put on list (Exhibit 124)
12. • That on 3-4-13, at Lake CI, I went to sick-call "Nothing being Done". That evening A-Dorm
13. Sergant Weem claim a Medical Emmergency on me due to being week, dizzy, and stubling into
14. bunks when walking. Nurse Coban arrived with Medical Cart. He arrogantly stated I would be
15. ▓▓▓▓▓ "right back". At Medical He took my vitals, told me I was stable and immediately
16. release to go back to Dorm. At this current time I could hardly walk." Captin Wright
17. "Officer in Charge", and Medical Officer Givens, both witness how week I was. Captin asked me
18. if I was alright? to which I responded NO. There was nothing She could, but Had me taken back
19. to A-Dorm on Medical Cart. "NO schedual appointment to see Doctor was Done by Nurse Coban"
20. • That on 3-5-13 at Lake CI, A-Dorm Officer Benson claim a Medical Emmergency 6:30 AM
21. due to my Condition. Sergant Toth accompanied me on the Cart and personally help me into
22. Medical. Again my Vitals were taken, and I was told I was stable, even though visually
23. you could see something was wrong. Nurse Torez told me there is nothing they will do for you.
24. I can not put you in the infirmary my hands are tied. Shorty there after S.H.S.A. Ms. Elder came
25. in visibly aggrivated at my Presences. She informed me that my Vitals have been taken, I have been
26. helped and told me to leave or Security would be called taking me to Confinement. Security was
27. called. Fearing Confinement in my Condition I got up, and was escorted by Captin Nimkovich and
28. Sergant Toth back to Dorm. Ms. Elder is not a Physician and had me leave w. Thout seeing
29. a Doctor. Captin Nimkovich and Sergant Toth both told me to Grievance this
30. log # 1304-312-012 Exhibit 125) Everyone could see how bad my Condition was. I
31. was denied seeing a Doctor, and my Morning Triple Therapy Meds. before being escorted away.

GasTro Specialist

1. That on 3-6-13, at R.M.C. Medical, I seen GasTro SpecialisT Dr. Shah. He informed

2. me that my Liver Viral Load from Feb 8th 2013, was sTill detectable. I told

3. Dr. Shah about my Severe side-effects/condition being very week dizzy into

4. occasional fainting with severe deiness, with abdominal pain, itching, anal problems,

5. slight rash, and with Throat-Esophegus problems seriously effecting my lungs.

6. Dr. Shah order a ChesT·X-ray and if my Condition become worse told me To

7. report to my DocTor emmediately. I explain To DocTor Shah about claiming

8. Two Medical Emmergency and could not see a DocTor and asked Him

9. to Please get me Transfered during my Therapy. Doctor Shah said, There

10. was nothing He could do That he Tried during February visiT.

sick call

11. That on 3-19-13, at Lake CI, I seen "Nurse Cabon" at sick-call with many

12. side-effects who only address 1 issue due To praticale. I explain To Nurse Cabon

13. what SpecialisT Dr. Shah Told me, and To leT me see a DocTor emmediately, but NO DocTor

14. Ref: ExhibiT 125 page (2) Line 14, 15, 16, 17, 18, 19, 20

15. That on 3-23-13, at Lake CI, Nurse Howell seen How bad I was doing

16. at Evening "Incievk" dose, and told me He was writting me a pass To see The DocTor

17. That on 3-24-13, at Lake CI, AT evening "Incievk dose" Nurse Howll and

18. Nurse BuTler seen How bad my lung wore with Chronic Cough and Had a

19. pass for me To see The DocTor Monday 3-25-13.

20. That on 3-25-13, at Lake CI, Dr. TA address my respiratory Chronic Cough with

21. AntibiTic ShoT and 10 days of pills and Told me He would see me in 1 week. Dr. TA

22. would not address any other issue having many except Liver As is sTated in

23. The Informal Grievance 13-0416 ExhibiT 126, 127) telling me he's

24. That on 3-31-13, at Lake CI, I put in another sick call due to

1. my Condition becoming worse (See Exhibit 128) but I was not put on
2. list so I put in another sick call See Exhibit 129)

Sick call

3. **That** on April 2, 2013, at Lake CE, I went To sick-call with
4. Nurse Cahon who Took my Vitals. He looked at my sick-call with all
5. side-effects I had written down," Nurse Cahon "again would not put me into
6. see The Doctor STATing I have a cold and gave me cough Medician
7. I still have not seen a Doctor for a follow up as I was supose To As
8. Grievance log #1304-312-012 ~~crta~~ Part B response state I saw a Doctor
9. or Provider" on April 2, 2013 and April 8, 2013, This was False I did
10. not see The Provider on April 2 2013,) Exhibit 125)
11. _____

Dr. TA lungs

12. **That** on 4-8-13, at Lake CE, I saw Dr. TA for my Third or Six
13. month Chronic liver appointment. Dr. TA immediately seen how severe
14. my respiratory still was from 3-25-13 visit. Dr. TA immediately
15. seen how severe my respiratory system still was and prescribe me
16. Three antibiotic shots, 14 days pill and a few other Things. He also
17. told me my Liver Viral load was still detectable and was The same from
18. 2-8-13 Labs Thru 3-13-13 or 3-21-13 Labs, I feel This is not a Good
19. signe. He Told me my liver was good only Acute Hepatitis's B+C That
20. my Emzymes are good and That my liver has never been above 750,000
21. Dr. TA Totally over looking prior records in early different charts (records)
22. That state The Facts my livers HCV-RNA Viral load has been
23. over 6,000,000 (See Exhibit 8) with liver abnormal and sTrugling.
24. These Fact are on April 20th 2011. Also my liver biapcy done on

~~████~~ 5 N

1. 11-9-11 doe not show my liver being well either (Exhibit 15) Gastro

2. Specialist Dr. Shah has verbally stated that my liver is approximately

Mouth 3. 15% good. Dr. TA ignored this, and the severe driness of my Mouth,

Throat 4. Throat, Esophagus, could possible be the reason for the splitting of my Tongue

respiratory 5. and also my respiratory problems all due to my liver strugling. However,

6. if my liver is not the cause of this on-going condition with my Mouth,

7. tongue, Throat, Esophagus, respicatory. Then what is. These conditions

8. have become worse and/or being let go and/or over look, blaming this

9. on Treatment Therapy. However, This issue were accurring prior To Therapy.

10. **That** on 5-3-13, at Lake CI, I saw Dr. TA for my Esophagus respiratory issue

11. with severe driness, swelling, my breathing with a Constant Chronic Cough. I was prescribe

12. three Antibiotic Shots, (2) steriod shot and Antibiotic pills, but still ~~taking~~ NO

Esophagus
13. further lung testing. Dr. TA also acknowledge the possibility of skin Cancer on my

14. Nose, & Neck, after complaining as for back at Madison CI, (Ref: Exhibit 9, 10, Also,

10A Line 25,26) and Exhibit 20 line 10,11,12,13,14,15) and Had me ~~to~~ sign a

skin Cancer
Authorization for Health Care Service Statement of Concent For Skin Biopry (see

Exhibit 130) but NO Biopsy still has Taken place! letting I go

Nor was I able to keep "Hat Pass" for the Sun. When I had a NO Sun Exposure

more than 10 minute Written 7-10-12 with a Hat pass written 5-24-12 at

Franklin CI That taken from me Here at Lake CI. ~~~~ Dr. TA Also

acknowledge my Hernia from Belly Button Vertical up, but He would not

prescribe another Abdominal Belt for me that Gastro Specialist Dr. Shah

To me
prescribe on 7-28-10, because CHO Dr. Mesa Took my Passes and Belt on

9-20-12 v.t.T (see Exhibit 76) stating I have NO Hernia;

5 o
~~51~~

# VI.) STATEMENT OF FACTS CONTINUE

1. ● That on May 7th 2013, at Lake CI, I wrote Grievance Log #136-15821 Exhibit
2. 131 in Ref: to Log #1304-312-012 Exhibit 125) "Please read the Part B response on this
3. Grievance Log #136-15821 Exhibit 131 Stating "We can not corroborate your allegations against
4. this Health Care Staff." Meaning the Secretary Fla. D.O.C. in Tallahassee is Not helping me
5. either letting me ge...!!! When my allegation are True!!! about my Liver being over look,
6. My Spine Condition being let go! Hernia being let go! That CHO Dr. Mesa at Lake
7. CI says is not even there! See Exhibit 76 Line 14, and Gastro Stating Hernia is There see Exhibit
8. 2. and Exhibit 7) Also, CHO Dr. Mesa Stating my Tongue, Throat, Esophagus are clear see
9. Exhibit 76 Line 11; when just Two days Prior Dr. Maye did a swab test of Throat see Exhibit
10. 75A, 75B, and stated was swollen see Exhibit 75 Line 13, and prescribe Antibiotic
11. who sent me to see CHO Dr. Mesa who is doing absolutely nothing to Help me. That I did grievance
12. Exhibit 77, 77A who also Secretary Fla. D.O.C. stated on 77A Grievance 12-6-36928
13. They can not corroborate my allegation and I have been fight my Health Conditions getting NO
14. where.
15. ● That on May 14th 2013, at Lake CI, I seen Dr. TA due To Throat-Esophagus Swelling and
16. being dry affecting my Respiratory (Breath) having pain and pressure, and my Tongue cracking/splitting
17. real bad possibly due To The severe dryness, Dr. TA prescribe to me breathing treatments for (7) days
18. for respiratory, but I would not acknowledge the severe dryness in Mouth, Throat, Esophagus, or The
19. problem with my Esophagus and lungs.
20. ● That on May 21st 2013, at Lake CI, I seen Dr. TA for Throat-Esophagus-lungs having pain and
21. pressure on my chest, but he would not Further test my Throat-Esophagus, or lungs, or give me
22. a explaination on what is wrong. Dr. TA also address spine, but would not send me To
23. Neurology Specialist leaving me in excruciating pain.
24. ● That on May 22nd 2013, at RMC Medical, I saw Gastro Specialist Dr. Shuhr. Dr. Shah
25. stated my Liver Viral Load was undetectable. However, He did not acknowledge all my Life Threatening
26. side-effects. As I was having severe Throat-Esophagus respiratory issue with abdominal, side,
27. and back pain having major confusion, being very Tired, week, & dizzy unto going unconious.
28. When I ask Dr. Shah if He thought my Liver was past The point of NO repair. He stated, I
29. don't know I am not God, but your liver is not well, if your Condition changes see your Primary
30. Doctor at your Facility and I see you in (4) months, rushing me out telling me He has (No) more patience
31. to see not explaining any of my Condition with me. However, I did not see Gastro again for
32. For (5) months due To Lake CI rescheduling and not doing Labs in Time as recommended.

## VI) STATEMENT of FACTS CONTINUE

- 1. That on 5·25·13, at Lake C.I., I went unconcious approximately 12:00 AM
  2. Medical was called by A·Dorm Sergant Martin, Nurse Gideon responded, and came
  3. to A·Dorm Took my Vitals and said I was OK, and left me There, "Captain
  4. Taylor" was present, along with 138 Inmate's "Inmate Sanders
  5. and Inmate

- 6. That on 6·10·13, at Lake C.I., I seen Dr. TA complaining about my Esophagus
  7. swelling, lung bureing, being severely dreing having a hard Time swallowing, and Also,
  8. complaining about The excruciating pain in my mid-upper back (Thoracic) and Neck
  9. (Cervical) Dr. TA prescribe me a Inhaler, and order a Back-x-ray of my Thoracic
  10. region Needing a MRI done, being left out on 1·23·13 when my Cervical & Lumbars
  11. was done.

  12. That on 6·12·13, at Lake C.I., I had a Back-x-ray done of my Thoracic region
  13. That on 6·18·13, at Lake C.I., I had claim Medical Emergency due To The
  14. severity of my Mouth, Throat, Esophagus,
  15. That on 6·20·13, at Lake C.I., I complain to Dr. TA about my Spine. He
  16. order a Back-x-ray of Thoracic region again, Verbally Telling me He can not do
  17. any more Than a X-ray and would not send me for MRI
  18. That on 6·24·13, at Lake C.I., I seen Dr. TA For This Back-x-ray of Thoracic
  19. region (Exhibit 132) still not allowing me To have a recent MRI done on
  20. my Thoracic region of Spine being in excruciating pain When last RMI[s] were
  21. done in 2011, 2010 (See Exhibit 101, 102, 108) writing Grievances Exhibit 115, 116)
  22. Dr. TA would not Further address my Esophagus lung issue due to protical time
  23. limiT he said, (see Exhibit 133) being Grievence 1308·312·154
  24. That on 6·27·13, at Lake C.I., I seen Dr. TA, and He Told me I was



# VI.) STATEMENT OF FACTS CONTINUE

1. Faking because I missed Two Antibiotic Shots. I Told Dr. TA it due To my

2. Confussion and being forgetful. Dr. TA still would not explain the Condition with

3. what is going on with my Tongue, Throat, Esophagus, lungs (Exhibit 13Y) and

4. would not put me in The Infirmary To Monitor me.

5. That on 7.5.13, at Lake CI, I seen Nurse Bergo's ~~have me at The I~~

6. ~~saying~~ to recieve a "Pegasys" Shot." Prior to This Shot I explain to Nurse Bergos

7. about my Mouth, Tongue, Throat, Esophagus swelling and having respiratory problem making

8. is hard To breath every Time I recieve a Pegasys shot untill I talk To a different

9. Doctor who will honestly lisson to me. I was getting ready To see a different

10. Physician I believe name Dr. Sorery after Nurse Burgos talk To Dr. TA. However

11. CHO Dr. Mesa intercepted me not allowing This visit. CHO stated This is easy To

12. fix. You either refuse The SHOT ~~or take it~~ which I will Then call your

13. Gastro specialist and Tell Him you refused, or take The shot and I will put you

14. in The infirmary for (4) Hours if nothing Happens by Than nothing will. This is not

15. true in my case often taking 6 Hours to 8 Hours after recieving The Pegasys

16. shot for me to get side-effect That usually last 3 to 5 days and CHO release

17. after (4) Hour due To There was no change in my current condition yet.

18. I did NOT understand why, Nurse Bergo's stated To me you have never

19. complain ~~I~~ about This before," why Now". Which is not True I told Her! having

20. serious problems with This since March 2013 writting Grievances and my

21. Mom calling up Here, and E-Mail to Athorities here at Lake CI plus Tullahassee

22. and I do not understand why Lake CI Medical will not keep me in The infirmary

23. to monitor me more closely for several day's So They can see whats really

24. going on.

# VI.) STATEMENT OF FACTS CONTINUE

1. That on 7-8-13, My Mom Sandy Hagerling E-Mail
2. Letter to many Higher Athorities (on page 4 pg) (Exhibit 135) Exhibit 135 - 135A 135-B 135 c
3. That on 7-10-13, at Lake CI, I put in sick-call for a
4. possible skin Cancer (Exhibit 136)
5. That on 7-15-13, at Lake CI, I put in sick-call for
6. Throat - Esophagus respiratory (Exhibit 137)
7. That on 7-16-13 at Lake CI, I put in sick-call for
8. knots around niples see (Exhibit 138)
9. That on 7-22-13 at Lake CI, Sick-call for Baclofin 20mg (Exhibit 139)
10. That on 7-23-13 at Lake CI, sick-call for pain in Back (Exhibit 140)
11. That on 7-24-13, at Lake CI, I seen Nurse Howell for Spine.
12. That on 7-25-13, at Lake CI, for My Throat-Esophegus + respiratory.
13. He was frustrated from me writing him up about 6-27-13 visit and my
14. Mom Sandy Hagerling E-Mail letter She sent out to Higher Athorities
15. and did nothing further to help me with any issue I have acurring.
16. See Exhibt 140A and 140B and 141 c)
17. That on 7-30-13, at Lake CI, I seen Dr. TA which was to be for Spine
18. but due to the severity of my Throat-Esophagus -lungs hurting
19. with presure* driness having a Constant Cough (Chronic Cough) since March
20. 2013, having a fever, cold sweat and much pain. He prescribe me Antibiotic,
21. but He would not address any other issue, and This severe abnormal dry-
22. ness, driness has my Mouth, Throat Esophagus sticking together.
23. That on 8-5-13, at Lake CI, I had to refuse a Two Hour Trip to R.MC.
24. Medical being in fear of my life (Exhibit 141) Grievance log 1308-
25. 312-019) and 141A Grievance 13-6-29819)

# VI.) STATEMENT OF FACTS CONTINUE

1. • That on 8-6-13, at Lake CI, I seen Dr. TA, He ask me why I did not go on my

2. (2) Hour Trip to RMC Medical "I Told him" Dr. TA ignored all my simptom and spinal

3. pain doing nothing for me telling me I had To Grievance to CHO Mesa (Exhib. T 141)

4. • That on 8-7-13, at Lake CI, I seen The Dentist who acknowledge my Throat Eshpguss

5. being Inflammed and was going to smitt a report To CHO Dr. Mesa

6. • That on 8-13-13, at Lake CI, I went To sick call, I was seen by Physician Ms. Konek "A.R.N.P"

7. for my Spine who said, she could only order me a pain shot of Tordal. Dr. Konek also address my

8. Prostate, but only gave me a pass to extend time for Urinating Exhibit 142)

9. • That on 8-15-13, at Lake CI, I seen Nurse Seney at sick call Exhibit 143) Nurse

10. Seney Told me CHO Dr. Mesa had a fit about my Pass, To Extend urinating and Had Pass

11. Taken from me and gave it back To Dr. Konek. AT This Point Dr. Konek stopped

12. my IB Profin 600mg Twice Daily due To my Liver Virus of (HCV) being Toxic To

13. Liver That Dr. TA has had me on for approximately 1 year doing more damage Then good.

14. • That on 8-23-13, at Lake CI, I went to sick call with Nurse Coban (Exhib. T 144) who

15. would only address Throat, ignoring the pain and presure and my breathing ability

16. Exhibit 144A) due To Nurse Coban ignoring This and not being able to see a Doctor

17. I asked to see Nurse Howell

18. • That on 8-23-13, at Lake CI, I seen Nurse Howell, who look at me and ask me if I

19. thought I should skip (1) Pegasys shot to see if it Help my Condition. So I did being in

20. fear of my Condition since they would not allow me to see a Doctor (Exhibit 144 B)

21. • That on 8-27-13, at Lake CI, My Mom Sandy Hagerling E-Mail (2) page letter to the

22. Higher Athorites (Exhibit 145)(Exhibit 145A, 145B) due To Lake CI not cuurrecate

23. reciving my Medical Records Then not giving Them all To me Exhibit 145 c) & Exhibit

24. 145 D) Tallahossee Secretary Fla. D.O.C would not respond to Exhib. T 145 D

25. grievance #1303-312-005) or Exhib. T 145 D grievance 1304-312-093) Exhib. T 145 E

26. • That on 8-28-13, at Lake CI, I went To sick call for Spine Throat Esaphugus (Exhib. T 146

27. 146 A) However, due To Dr. TA only addressing One issue lately I wrote grievance

28. Exhibit 133 grievance #1308-312-154) due To not being able To see Him pleading all issue

29. • That on 8-30-13, at Lake CI, I Took a Pegasys SHot, still not being able To see

30. A Doctor about my Condition with my Esophogus & lungs hurting to go over what is truly

31. going on, and I do not want to miss any more Treatment I want To live HCV Free and need

to see a Doctor who will further examine me and explain my Condition with Esophugus lungs.

# VI.) <u>STATEMENT OF FACTS CONTINUE</u>

1. • That on 9-3-13, at Lake CI, I was going To sick-cell (Exhibit 147) However, I
2. ended up going to RMC Medical for a Esophagram X-ray test, The only reason I was
3. able To make This Two Hour Trip to RMC Medical, Was because Lake CI Medical gave me
4. 3 Lemon-Glycerin SwobsTicks for The ride, and I drank water pill Through The night up
5. To leaving on Trips NoT like on 8-5-13 when I was force To refuse (Exhibit 141)
6. • That on 9-5-13, at Lake CI, I seen Dr. TA on Spine, I showed him my recient MRI
7. report on my Cervical, and Lumbar region (Exhibit 98, 99, 100) Taken on 1-23-13 TheT
8. has rapidly Advance in (2) one year. I also showed Dr. TA the last MRI done on my Thoracic
9. region done on 10-21-11 (Exhibit 101, 108) Due To The severe pain in my Thoracic & Cervical
10. region leaving me in severe excruciating pain. Dr. TA prescribe me a Inflammation ShoT and
11. a Toradol pain ShoT and a X-ray of my Thoracic region ThaT was just done on 6-20-13
12. I showed Dr. TA on Exhibit 99 where even The Dictating Radioligist recommended me
13. To Specialized Consultation and How my Lumbar & Cervical had boTh Advance since 12-22-11
14. MRI (Exhibit 104, 105) and ThaT I need a New up To date Thoracic region MRI done
15. and request The whole Spine To be done emmedietly ~~before I go~~ and To see The
16. Neurologist Specialist. Dr. TA agreed wiTh me but said iT was out of His hands To
17. grievance This So I did Exhibit 116, 117, 117A) and Exhibit 147)
18. That on 9-15-13, at Lake CI, I claim a Medical Emmergency for The excruciating pain in
19. my Mid-upper back & Neck and for the pain a pressure in my Esophagus ChesT area affecting
20. my breathing However, sick call will only address one issue "Spine" I chose due To The severe
21. pain a Numbness in my Mid upper back & Neck radiating down arms & legs making me ~~the~~
22. literally in sane. Medical puT me in The Infirmary.
23. That on 9-16-13, at Lake CI, Dr. TA seen me and would only address my X-ray taken on
24. 9-9-13. Again, Dr. TA Telling me There is nothing he can do except give me a pain shot and a lay
25. in pass which is absurd having limited mobility and The severe excruciating pain & numbness
26. constantly complaining. Dr. TA released me from The infirmary Totally ignoring my life
27. Threatening side-effects and very possible liver failing past The Point of NO repair
28. only to be puT into Confinement due to deluded bleach D.O.C give me being a House
29. man. Deliberate acT of Lake CI Medical noT caring about my Well being, and continue
30. to happen putting me into Confinement on this day of 9-16-13
31. • That on 9-22-13, at Lake CI, I was in Confinement finally recieving Spine

# VI.)   STATEMENT of FACTS CONTINUE

Spine 1. Inmate request and I wrote Inform Request 13-2092 (Exhibit 148) on Spine

2. and again reply just like on most responses "STATE" Follow sick-call proceedure

3. For you medical concerns, Which I have done numerous amount of time, seeing

4. Doctor's, getting nothing further done To help me with my Spine, "Help Me Please"

Fainting 5. **That on 9-22-13**, at Lake CI, I wrote Informal Grievance 13-2045 (**Exhibit 149**)

spine 6. about fainting and hurting back worse, again just telling me to sign back-up for

7. sick-call, getting NO where with any Physician to acknowledge what my Condition

8. is even Though I continue To see The Doctor

9. **That on 9-22-13**, at Lake CI, I wrote Informal Grievance 13-2046 (**Exhibit 150**)

10. about my Throat-Esophagus, still telling me to follow sick-call proceedure which

11. I have done until have Grievance, but nothing is further being done to give me

12. a proper diagnosis on This issue since NOV 27th, 2011 and has and is Now severe

13. and life Threatening

14. **That on 9-23-13**, at Lake CI, I wrote Informal Grievance, about my Inhaler Exhibit 151) 13-2094

15. **That on 9-23-13**, at Lake CI, I wrote Informal Grievance about Pegnsys Shot"

16. see Exhibit 152, They Tell me again Follow sick-call proceedure, When They

17. Lake CI Medical Should have me in The infirmary To Monitor me

18. **That on 9-23-13**, at Lake CI, I wrote Informal Grievance 13-2131, Exhibit **153**)

19. about Blood Test, "see Reply" and I have see my Provider I have asked

20. for These Test plus To Test me For Cancer of Liver, but I get NO answer if

21. This is being done ▮▮▮▮▮▮▮▮▮

22. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮       That I write Grievance Back on 9-9-13   Back on the date 9-9-13

23. **That on 9-9-13** ▮▮▮▮▮▮ at Lake CI, I wrote Grievance

24. 1309-312-062 Exhibit **154** and 154 A on ▮▮▮▮▮▮ Inadequate Medical Protical Protical

5v

VI.) STATEMENT OF FACTS CON'T

1. That on 9-9-13, at Lake CI, I had x-ray on Thoracic Spinal region.

2. That on 9-26-13, at Lake CI, I wrote Informal Grievance 13-2171

3. Exhibit 155) about the Knots around my nipples, and the response to grievance [Ext G]

4. 1309-312-062 Exhibit 154 not being true, also reference back to Grievance 1308-

5. 312-154 Exhibit 133) like I say, I'm seeing the Physician, but He is just

6. letting issue go, and/or not giving me a Honest diagnosis what's going on

7. with me Nor allowing me to be in the infirmary to evaluate me for any

8. length of Times.

9. That on 9-28-13, at Lake CI, I wrote Informal Grievance 13-2195

10. about My Spine Exhibit 156) Response being Stated "MRI(s)

11. and Specialist Consults can only be order by the provider. Follow sick-call

12. procedure for your concerns. Yet, My Provider will not send me due to

13. CMO Dr. Mesa, and Senior Health Service Administrator Ms. D. Elder Review Exhibits

14. 87 Thru 117A) telling me His hands are tied. Not even able to send me

15. for a up dated MRI of my mid-upper back that was ever request after

16. coming out of the Infirmary (Exhibit 118) only giving me Thoracic region

17. x-rays on 6-12-13 and on 9-9-13.

18. That on 9-28-13, at Lake CI, I wrote Informal Grievance 13-2196 Exhibit [Pegary's No.1]

19. 157) about missing my 3rd Pegary's Shot and being in Continent having

20. No way to go get this Shot Medical Not bring this Shot to me.

21. That on 10-2-13, at Lake CI, I wrote Formal Grievance 13-6-32079 or 13-6-32078

22. Exhibit 158) refering to Grievance 1308-312-154 Exhibit 133) about pratical and

23. everything not being properly addressed. Not knowing my Condition

24. That Back on 9-27-13, at Lake CI, I wrote Grievance about Pegarys [1309-312-154]

25. and R.bovina [MEDICATION] being week & dizzy strugling with breathing (Exhibit 159)

5W

**VI.) STATEMENT OF FACTS CONTINUE**

1. Exhib.T 159 A, and 159 B)

2. **That** on 10-3-13, at Lake CI, I went To sick-cell with Nurse Seney

3. who addressed The Knots around my Alphas, being week & dizzy etc... Exhib.T 160)

4. **That** on 10-4-13 at **Lake CI**, I went To sick-cell again for my Spine.

5. pray for Help (Exhib.T 161)

6. **That** on **10-4-13**, at Lake CI, I seen Nurse Howell for Pegasys SHot

7. see Exhib.T 162 Grievance 1310-312-065) Please read This Exhib.T 162)

8. This Grievance 1310-312-065 PaRt B response states "You have since your understanding

9. of The Pegasys injection prior To signing The Concent Form. You are not force

10. to continue This medication and are at will To stop at any time. You previously sign

11. a refusal. The Physician counseled you on This refusal and discussed The issues

12. with you. You decided To continue This Medication on your own after meeting

13. with The Doctor" Well my understanding is That This "Pegasys" may help get rid

14. of The (HCV) Hepatitis C virus, but it is also hurting my respiratory (or something is) and

15. possibly my liver, and Yes, I signed a refusal on 8-23-13, However, NO Physician

16. *conditions* discuss my issue with me Prior To This refusal (see grievance 1304-312-012 Exhib.T 125

17. & Exhib.T 131 grievance 13-6-15821) and Exhib.T 134 grievance 1307-312-011) (Exhib.T 141

18. grievance 1304-312-010) or after being in The infirmary on 9-15-13, and 9-16-13

19. steady having This life Threaten lung respiratory issue the where even my GasTro

20. *Dr. shah* recommend me To The lung Specialist on 10-22-13 visit with Him, and still

21. This has been ignored about my respiratory Condition and my "Liver Condition!" [31]

22. my Condition's period with inter organs, ███████████████████████████████

23. ████████████████████████████████████████████████████████████

24. ████████████████████████ and my abdominal HurTs! Major HurTs!

25. with having major Contussion and Have also written Grievance .

Give 5x

# VI.) STATEMENT OF FACTS CONTINUE

1. • That on 10-6-13, at Lake CI, I wrote Grievance 1316-312-055 (Exhibit 163) about
2. my Mouth-Throat-Esophagus, Respiratory lung issue; Also, Exhibit 165a to Tallahassee
3. Secretary Fla. D.O.C with NO response. but I had Stamped copy from legal Mail window
4. • That on 10-9-13, at Lake CI, I put in a sick-call about Knots around Niples see
5. Exhibit 164) Then I wrote grievances on This issue Grievance 1310-312-031 Exhibit
6. 163 B and Grievance 1310-312-054 Exhibit 165)
7. • That on 10-16-13, at Lake CI, I seen Dr. TA for Spine, My Throat-Esophagus
8. and my Hernia Asking Dr. TA if Hernia could be link To my Throat-Esophagus
9. issue. Dr. TA would only address my Spinal, but still doing nothing for me except
10. passes. No Further examinating with Neurology or MRI, He did order me To have
11. Altra Sound done on Niples, but would not, further address Throat-Esophagus or
12. Hernia. So I grievance Hernia issue due abdominal & Throat Esophagus issue
13. • That on 10-17-13, at Lake CI, I grievance, Log # 1310-312-075 on Hernia with
14. Exhibit attach so CHO Mesa & Ms Elder would for sure be aware of issue See
15. Exhibit 165, 165A, 165b, 165c, 165d, 165E Also, to Tallassee ~~Exhibit~~
16. Secretary Fla D.O.C Grievance 13-6-35864 Exhibit 165 F)
17. • That on 10-22-13, at RMC Medical, I seen Gastro Specialist Dr. Shuh who did
18. acknowledg my liver Viral Load being undetectable "Thank God" He lissen To my lungs
19. due To I was struggling with breathing and recomended me To a lung Specialist. However,
20. He would not address my Throat-Esophagus or all my simptoms link To possible liver failure
21. or Hernia and state he would see me in 6 months, I did not understand why Gastro would not
22. explain anything further or why I am not seeing him sooner Then 6 months, and was 5
23. month since The visit prior To ~~This~~ one. When I was seeing him monthly during
24. my first Double Therapy Treatment and my condition has worsen. So I grievance
25. Log # 1311-312-028 Exhibit 166 with attach Exhibit to T Exhibit 166a, 166b
26. 166c, 166d, 166E, 166F) Also, Exhibit 167 Forward To Tallahassee Secretary Fla. D.O.C
27. That maybe Grievance # ~~~~ I don't know my Confusion and Pain has become so bad
28. I can keep track, but I did send I, However Luke CI will not allow copies To be
29. made anymore, ~~Them~~ Nor have a Stamp Copy To Proof I am following all my Administrative
30. remedies, Like They were allowing. I Also, Grievance Log # 1311-312-068 Exhibit
31. 168) due To Doctor are seeing, but are not Talking To me Explaining Nothing To me

when I have appointment with Them Which is why I continue To grievance Having No one
To Help Me anymore Exhibit 168A

# VI.) STATEMENT OF FACTS CONTINUE

1. • That on 10·23·13, at Lake CI, I seen Dr. TA, He Would not acknowledge Gastro

2. Specialist Dr. Shah recommendation about Lung Specialist. Dr TA stating to me my

3. lungs are good and my liver is good when They are not something being wrong (Esophagus lungs)

4. • That on, 10·30 13, at Lake CI, Nurse Claim Medical Emergency due to my lungs having

5. Like Assma Attack ~~~~~~~~~~~~~~~ I seen Dr. TA He stated lungs

6. are good a gave me cough medicien us I was having like Assma attack and is also what

7. Gastro Specialist seen and Heard on 10·22·13 and recommend me To lung Specialist

8. • That on 11·5·13, at Lake CI, I seen Dr. TA for a follow up Struggling with my breathing

9. and having major excruciating pain in my Spine Cervical and Mid & upper Thoracic region

10. but nothing being done for either issue.

11. • That on 11·5·13, at Lake CI, I seen CHO Dr. Mesa walking. I ask her To Please Help

12. me. She Told me To put in a sick and write a request (Exhibit 169, 169A

13. • That on 11·6 13, at Lake CI, I wrote Two more request To see CHO Dr. Mesa

14. for Help (Exhibits (189B & 170) and put in a sick·call Exhibit 170 A

15. but Lake CI Medical will not allow me To see CHO Mesa, also had ultra sound on niples.

16. • That on 11·19·13, at Lake CI, I went To sick·call for severe abdominal and

17. Esophagus pain and Spinal pain, Pratical only allow one issue I pick (Spine) losing

18. my Mind due To excruciating pain + numbness.

19. • That on 11·22·13, at Lake CI, I went To medical To recieve my Pegasys

20. Shot injection. However, Nurse Seney stated they did not have any Pegasy To give

21. me. Nurse Seney state it expire and They had to reorder more See Exhibit 171

22. it response it true but date or not True. I did not recieve another Shot

23. untill The following Friday 11·29·13. Missing one shot Lake CI always

24. messing with records + dates. Heck They are not even allowing me To have my medical

25. records over the last 4 months July Through To now

26. • That on 11·25·13, at Lake CI, I went To sick·call for Severe pain in spine

27. • That on 11·26·13, I seen Dr. TA I explain all my symptoms To Him and

28. even Tried To show Him litreature on what I believe is happening To me Exhibit

29. 166 C / 166 D/ 166, E/ 166 F, having serious Contussion + pain in Back Neck

30. Shoulder, Arm, Chest Esophegus, Dr. TA stated your liver is good, That I

31. have "Dysgeusia" whatever That is. Dr TA would not Check Amenia level, or

5z

# VI.) STATEMENT OF FACTS CONTINUE

1. liver function again to see where I stand at this point, Dr. TA also address my Spine
2. at this visit and Prescribe me Pain injection of "Toradol" and Inflammation Shot
3. of "Solumedrol" but He would not send me to the Neurologist Specialist. Dr. TA stated to
4. me Verbally that this new medical Company "Corizon" will not send me due to Cost!
5. Its always been about Cost or I would be treated long time ago coming into Fla. D.O.C. I
6. also ask Dr. TA to refill my Lactulose medication, and Prostate, and my lungs x-ray + MRI, but
7. he would not address due to time.
8. • That on 11-12-13, at Lake CI, I wrote Informal Grievance 13-2596 about my Throat
9. Esophugos  **Exhibit 172** )
10. • That on 11-29-13, at Lake CI, I wrote Grievance #1312-312-005 on Prostate issue not
11. being able to Urinate proper (Exhibit **173** ) and 173A
12. • **That on 12-3-13**, at Lake CI, I wrote Grievance #1312-312-004 on (Protical) sick
13. call only addressing on issue at a time. Exhibit **174**
14. • **That on 12-3-13**, at Lake CI, I wrote Grievance #~~tax~~ 13-2761 on Legal Mail
15. widow Stoping me from send Grievance to the Florida D.O.C. to Further prove I
16. exhaust my Remedy  **Exhibit 175** ) to Secretary Fla. D.O.C
17. • That on 12-6-13, at Lake CI, I took last shot/injection "Pegasys" Interferon
18. • That on 12-8-13, at Lake CI, I wrote Grievance #1312-312-042 on Medical continually
19. charging me for on-going Chronic illness, and I ask to be reinburst, but they denied me
20. and are in the Wrong (Exhibit **176**) to ~~Chapter 33~~ Rule & Proceedures
21. • That on 12-10-13, at Lake CI, I seen Dr. TA for my Spinal Pain, as I did Prior on
22. 11-26-13. Dr. TA give me a Pain Shot of "Toridal" and a Inflammation shot of
23. "Solumedrum" on both date only today on 12-10-13 Dr. TA also prescribe Flexeril muscle
24. relaxer. However, NO further examination with the Neurology Specialist, or back brave.
25. So again I Grievance #1312-312-020 and I did further my Remedy to Tallahassee
26. Secrotory Fla. D.O.C (Exhibit **177**)
27. • That on 12-12-13, at Lake CI, I went to sick call due to NO Bowl movement.
28. • That on 12-16-13, at Lake CI, I went to sick-call having NO Bowl movement
29. • That on 12-17-13, at Lake CI, I took the last of my Triple Therapy medication
30. Ribavirin Pills, being the last/end of my Hepatitis C Triple Therapy altogether
31. with the Triple Therapy "Incievk • Pegasys • Ribavirin"

# VI.) <u>STATEMENT OF FACTS CONTINUE</u>

1. • That on 12-26-13, at Lake CI, I went to sick-call having severe pain in my

2. Cervical and Thoracic region of my Spine with severe tingling numbness, etc....

3. • That on 12-30-13, at Lake CI, I seen "Dr. Mayo" who prescribe gave me a Pain injection

4. shot of "Tordal" and a Inflammation injection shot of "Solumedrin" steroid and Muscle relaxer

5. "Flexeral" also prescribe to me The Medication Hytin/Terazosin 10mg which I recieve

6. and prescribe to me "Lactulose" for my bowl movement which I have not recieve, and I

7. do need for my Liver, Bowl movement and Amonia level.

8. • That on 1-9-14, at Lake CI, I had Labs on Blood "Do not Know what"

9. • That on 1-13-14, at Lake CI, I went to sick-call with Nurse ~~Loretta~~ Lancfeor for not having

10. bowl movement. She check on why I have not recieved my Lactulose that Dr. Mayo

11. prescribe on 12-30-13, and told my they have to reorder it and gave me same "Docusate

12. Sodium Capsule 100mg stool softener Softgel" to help me which is not really helping.

✳ 13. • That on 1-17-14, at Lake CI, I saw Dr. Mayo who review my Blood Labs taken on 1-9-14

14. Dr. Mayo told me my "Thyroid" was alittle high; My enzyme were at (12)½ and (17)½ and That Liver Liver

15. Viral was at (615) which means my Liver Treatment Therapy with the drug Inc.week-Pegasys

16. Ribavirin were not successful when the last Liver Viral load Labs were at (0) undetectable. I

17. ask Dr. Mayo about The New drug (FDA) had approved December 2013 called "Sofosbuvir"

18. having a 90% success Rate. Dr. Mayo Stated They are to expensive and would not

19. recommend treatments. Dr. Mayo also would not recomend me Neurology Specialist only prescribing

20. me Flexeral for 1 week. I feel leaving me to suffer deliberately as Dr. TA & CHO Dr. Mesa is

21. doing until I die, as my Confusion and other symptoms have worsen. Nor did Plaintiff recieve his

22. Lactulose solution for his bowl movement & Amonia level. Unbelievable, just letting me go

23. • That on 1-20-14, at Lake CI, I recieve back giveance Log # 1312-312-097

24. Exhibit 178, on Protical only adressing adding (1) issue at sick-call, when I am

25. having so many Thing going wrong and can not get proper medical attention always

26. Charging me for The same on-going issue (see Exhibit 176 & 176A)

27. • That on 1-24-14, at Lake CI, I wrote Informal Grievance # _____ for medical

28. records due To They have not let me have Them, and I Plaintiff strongly Knows Lake

29. CI is continually foulisting records With my signature, "Saying I've see CHO Dr. Mesa

30. when I have not." "Stating I've had The Lactulose Medication when I have not" etc....

✳ 31. Please read Exhibit 135A, b, & c from my Mother all is true

# VI.)   STATEMENT OF FACTS CONTINUE

1 • That on 1-29-14, at Lake C.I., I recieved Grievance #13-6-32078 (Exhibit 179) back

2. from Tallahassee Secretary Florida. D.O.C. that was in Reference To Grievance #1308-

3. 312-154. written in 8-28-13 (Exhibit 133). This part B. response of Grievance 13-

4. 6-32078 (Exhibit 179) states "IT is The responsibility of your health Care Staff to deter-

5. mine the appropriate treatment regimen for the condition you are experiencing." Also, "Records

6. review indicate that you have been seen by medical multiply time. You were seen in follow-ups

7. on 9-16-13, "not true" it was a medical emergency." On 10-16-13, was from a sick-call." On 10-23-13 was

8. a follow-up." On 11-5-13 was a follow up." On 11-6-13 was a scheduled Ultra Sound that took

9. months." On 11-26-13 was due To sick-call, On 12-10-10 was due To sick-call." Then They

10. state "you have not been denied medical Care." Yet nothing is further being done. To see

11. Neurologist. Specialist or Surgeon. Or "Exsophagys + lungs" or Hernia, or liver

12. since Treatment Failed To be successful, and God only KNOWS what is being written

13. by Doctors When They don't really explain anything To me.

14. • That on

15. 

16. 

17. 

18. 

19. 

20. 

21. 

22. 

23. 

24. 

25. 

26. 

27. 

28. 

29. 

30. 

31.

VII.   <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

*Plaintiff is requesting the Honorable Courts To appoint Plaintiff Counsel (see Attach*

# VII) RELIEF REQUESTED CONTINUE

1. Motion For Appointed Counsel "Please", "I need Emergency Help"
2. ● Plaintiff is asking the Honorable Courts to help resolve Plaintiff (s) Health
3. condition's since Plaintiff is unable to seek after his own Medical Needs and
4. health care being incarcerated under the Care, Custody, and Control of the Florida
5. Department of Correction who has and is still deliberately letting Plaintiff
6. condition go : Therefore, Plaintiff is respectfully asking the Honorable Courts to
7. help Plaintiff Emmediately be seen by a Doctor out side the Florida Department
8. of Correction who will be honest and talk to Plaintiff about his Condition of :
9. ● SPINE : Leaving Plaintiff to Suffer in excruciating unbearable pain being
10. in fear of Paralysis having limited mobility and major tingling numbness even in face Therefore,
11. Plaintiff is respectfully asking The Honorable Courts to help Plaintiff be sent to
12. Neuro Surgeon Emmediately to be examine and To be fix, and to be put on pain
13. management untill Plaintiff is Fixed. This is very Urgent Needs To be done Emmediately
14. ● Liver : Plaintiff is asking the Honorable Courts to have plaintiff Liver
15. thoroughly Examine For "Liver Cancer" and "liver being past the Point of NO repair
16. needing a liver transplant." Due to Plaintiff is having many simptoms occurring ████
17. ████████ link to liver failure and is being ignored. Also, to have plaintiff further
18. ██████████████████████████████
19. ██████████████████ treated with The Newest Treatment therapy available using
20. with The Pharmecutical Drugs "Sofosbuvir plus Ribavirin" with the Pegasys if needed
21. having a 90% 96% plus success rate, and if Plaintiff needs a Liver Transplant as Plant-
22. iff sTrongly feel/believe For Plaintiff to be put on a Liver transplant LisTe Also,
23. to be put on painmanagemeT and not just lefT to sufer along with Plaintiff severe
24. spinal pain as is happening. This is a Emergency ! to Know something
25. ● Hernia : Plaintiff is asking The Honorable Courts to have defendant (s)
26. examine the exstent of Damage done that maybe that I may also effecting Plaintiff
27. esophagus and to repair all damages
28. ● Throat-Esophagus - Plaintiff is asking the Honorable Courts to have Plaintiff
29. throat-Esophagus examine thoroughly by a Doctor out side The Florida D.O.C. For a
30. For sure diagnosis of what is causing Plaintiff on-going continues problem, come continues

6A

that has advance even in Plaintiff abdominal and possible lungs that could all be linked. Therefore, Plaintiff is asking the Honorable Courts to have Defendants make Amends with Plaintiff by resolving Plaintiff's Health Condition's by checking him thoroughly with a Smack 28 Blood Lab test etc... that Plaintiff has respectfully / repeatedly requested. Also, with a MRI of his body from Plevic bone to his Head including his spine. Along with a Camra test down his Esophagus and to see a Doctor out side the Florida Department of Correction who will be honest about what is truly going on. Also, to help Plaintiff to recieve his Medical Records, especially from Aug 2013 All The way up to date. "Thank You" I fear my life is in true dange, something wrong!!!

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _18th_ day of _February_ , 20_14_ .

_Stave W. Bartol_
_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _18th_ day of _February_ , 20_14_ .